# EXHIBIT 1

| | |
|---|---|
| Document title: | Mining Infrastructure Operations - US Bitcoin Corp. |
| Capture URL: | https://usbitcoin.com/mining-infrastructure-operations/ |
| Page loaded at (UTC): | Wed, 03 May 2023 00:40:41 GMT |
| Capture timestamp (UTC): | Wed, 03 May 2023 00:42:13 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | b1z4n4BZd4m36NqGJgbBqx |
| User: | btlaw-nbutler |

PDF REFERENCE #:    upSRhfEZs25EktCfykkAgX

US BITCOIN CORP AND HUT 8 ANNOUNCE MERGER OF EQUALS — READ MORE HERE.

 **US BITCOIN CORP**

ABOUT   CAREERS   OUR TEAM   OUR CAMPUSES   HOSTING   **MINING INFRASTRUCTURE OPS**   CONTACT

# MINING INFRASTRUCTURE REMOTE MANAGEMENT AND MAINTENANCE

Managing small or large-scale mining operations can be challenging. Whether you've recently acquired or purchased a mining operation or you're looking for management support, US Bitcoin can help.

Learn More

## CAPTURE THE FULL POTENTIAL OF YOUR SITE WITH TURNKEY MANAGED INFRASTRUCTURE OPERATIONS FROM USMIO

US Mining Infrastructure Operations (USMIO) is the strategic operator of choice for bitcoin mine owners who want to capture the full potential of their site portfolio. We deliver unmatched value to our partners through best-in-class operating technology, rigorous operating standards, and an uncompromising focus on driving bottom-line impact.

The USMIO team manages 680 MW across three sites in Texas and Nebraska with a mix of self-mining and hosting operations. Our partners include a leading institutional investor focused on renewable energy assets and one of the world's largest renewable energy producers.



## WHAT WE OFFER

### SITE AUTOMATION

USMIO deploys the purpose-built operating technology of US Bitcoin Corp to automate site operations and optimize returns.

- The Operator asset management platform drives miner efficiency by tracking miners in real-time at the site, container, and unit levels, automatically



## SITE AUTOMATION

USMIO deploys the purpose-built operating technology of US Bitcoin Corp to automate site operations and optimize returns.

- The Operator asset management platform drives miner efficiency by tracking miners in real-time at the site, container, and unit levels, automatically identifying and diagnosing miner dysfunctions, and issuing work orders to streamline repair operations.
- The Reactor energy curtailment platform is powered by a custom algorithm with miner-level granularity and drives enhanced site returns by adjusting the energy consumption of each miner onsite in real-time based on its unique profitability profile.

## ENERGY MANAGEMENT

USMIO can help you design and implement a disciplined, technical energy management strategy that captures revenue upside and protects against downside risk in your site's largest operating cost. Our in-house energy team brings deep expertise in hedge optimization, energy trading, economic curtailment, and ancillary services.

## HOSTING OPERATIONS DESIGN AND MANAGEMENT

USMIO manages the full customer lifecycle across your site's hosting operations, including billing, reporting, customer service, and miner maintenance and repair. USMIO can perform detailed contract analysis, conduct pricing negotiations to drive additional revenue, and design and stand up hosting operations from the ground up.

## SITE MAINTENANCE

USMIO maximizes site uptime and asset value through preventative maintenance of mining, electrical, and general site infrastructure. By leveraging our operating scale and buying power, deep relationships with industry-leading supplier partners, and specialized technical expertise, we deliver cost savings across the full lifecycle of mining, electrical and general infrastructure assets.

## SITE SAFETY AND COMPLIANCE

USMIO ensures that your site is fully compliant with the safety and health standards enforced by OSHA and state regulatory bodies. USMIO provides comprehensive health and safety training to employees, ensures that employees and contractors are properly certified, and maintains the permits, licenses, and records required for compliance.

## SITE ACCOUNTING

USMIO undertakes full responsibility for site level accounting. After working with you to develop a tailored operating budget, we manage all aspects of site accounting, including accounts payable and receivable, employee payroll, cash collections, and recordkeeping. USMIO produces financial statements and tailored operating reports and provides compliance and regulatory support as well as tax compliance and audit support.

## HUMAN RESOURCES

USMIO transforms your site into a destination workplace, driving employee productivity and retention. We manage all aspects of site level human resources, including recruitment, compensation and benefits, training and development, performance management, and legal compliance. We integrate all site employees into the broader US Bitcoin Corp team, establish site leadership and organizational structures, and instill a corporate culture of relentless work ethic and operating rigor.



USMIO transforms your site selection and workforce, driving employee productivity and retention to manage all aspects of site-level human resources, including recruitment, compensation and benefits, training and development, performance management, and legal compliance. We integrate all site employees into the broader US Bitcoin Corp team, establish site leadership and organizational structures, and instill a corporate culture of relentless work ethic and operating rigor.

## MAXIMIZE PROFITS, MINIMIZE OVERHEAD
# SITE PORTFOLIO



**CHARLIE**
Kearney, Nebraska
100 MW



**DELTA**
Granbury, Texas
300 MW



**ECHO**
King Mountain, Texas
280 MW



# CONTACT US
Connect with our team to learn more about our managed infrastructure operations offering.

FIRST NAME*

LAST NAME*

EMAIL*

PHONE*

LEAVE US A MESSAGE*

SUBMIT

LEAVE US A MESSAGE*

SUBMIT



US Bitcoin Corp is focused on developing a diverse, mission-driven workforce of team players. If you are passionate about energy, cryptocurrency, sustainability, infrastructure, or innovation, we want to know.

LEARN MORE



## GET IN TOUCH

info@usbitcoin.com

GET IN TOUCH

 

## SITEMAP

ABOUT
OUR TEAM
CAREERS
OUR CAMPUSES
HOSTING
CONTACT

## LEGAL

PRIVACY POLICY



Copyright US Bitcoin Corp. 2022 | All Rights Reserved

Built by Twofold Media

SUBMIT

# WANT TO BE A PART OF THE FUTURE?

US Bitcoin Corp is focused on developing a diverse, mission-driven workforce of team players. If you are passionate about energy, cryptocurrency, sustainability, infrastructure, or innovation, we want to know.

LEARN MORE

US BITCOIN CORP

## GET IN TOUCH

info@usbitcoin.com

GET IN TOUCH

## SITEMAP

ABOUT
OUR TEAM
CAREERS
OUR CAMPUSES
HOSTING
CONTACT

## LEGAL

PRIVACY POLICY

Copyright US Bitcoin Corp. 2022 | All Rights Reserved

Built by Twofold M...

Privacy - Terms

