# EXHIBIT 3

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** U.S. DATA TECHNOLOGIES GROUP LTD.
**FOREIGN LEGAL NAME:** U.S. DATA TECHNOLOGIES GROUP LTD.
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**SECTIONOF LAW:** BUSINESS CORPORATION - 1304 BUSINESS CORPORATION LAW - BUSINESS CORPORATION LAW
**DATE OF INITIAL DOS FILING:** 08/12/2021
**EFFECTIVE DATE INITIAL FILING:** 08/12/2021
**FOREIGN FORMATION DATE:** 12/15/2020
**COUNTY:** NIAGARA
**JURISDICTION:** DELAWARE, UNITED STATES

**DOS ID:** 6242588
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 08/31/2023
**NFP CATEGORY:**

**ENTITY DISPLAY**   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** COGENCY GLOBAL INC.
**Address:** 122 EAST 42ND STREET, 18TH FLOOR, NEW YORK, NY, UNITED STATES, 10168

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

#### Chief Executive Officer's Name and Address

**Name:**
**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:** COGENCY GLOBAL INC.
**Address:** 122 EAST 42ND STREET, 18TH FLOOR, NEW YORK, NY, 10168

#### Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| | | |