# EXHIBIT 11



US011016553B2

(12) **United States Patent**
McNamara et al.

(10) Patent No.: **US 11,016,553 B2**
(45) Date of Patent: **\*May 25, 2021**

(54) **METHODS AND SYSTEMS FOR DISTRIBUTED POWER CONTROL OF FLEXIBLE DATACENTERS**

(71) Applicant: **Lancium LLC**, Houston, TX (US)

(72) Inventors: **Michael T. McNamara**, Newport Beach, CA (US); **David J. Henson**, Houston, TX (US); **Raymond E. Cline, Jr.**, Houston, TX (US)

(73) Assignee: **LANCIUM LLC**, Houston, TX (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 66 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/132,092**

(22) Filed: **Sep. 14, 2018**

(65) **Prior Publication Data**

US 2020/0089307 A1     Mar. 19, 2020

(51) **Int. Cl.**
*G06F 1/00* (2006.01)
*G06F 1/3234* (2019.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ *G06F 1/3234* (2013.01); *G06F 1/324* (2013.01); *G06F 1/329* (2013.01); *G06F 1/3287* (2013.01); *G06F 1/3296* (2013.01)

(58) **Field of Classification Search**
CPC ...... G06F 1/324; G06F 1/3224; G06F 1/3287; G06F 1/329; G06F 1/3296; G06F 1/26; G06F 1/3203; H02J 9/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,288,456 B1     9/2001   Cratty
6,633,823 B2     10/2003   Bartone et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN     103163904 A     6/2013
KR     20090012523 A     2/2009
WO     2015/199629     12/2015

OTHER PUBLICATIONS

Bird et al., "Wind and Solar Energy Curtailment: Experience and Practices in the United States," NREL, Technical Report NREL/TP-6A20-60983, Mar. 2014, 58 pages.
(Continued)

*Primary Examiner* — Nitin C Patel
(74) *Attorney, Agent, or Firm* — Barnes & Thornburg LLP

(57) **ABSTRACT**

In an example embodiment, a distributed power control system can include a datacenter and a remote master control system. The datacenter can include (i) computing systems, (ii) a behind-the-meter power input system configured to receive power from a behind-the-meter power source and deliver power to the computing systems, and (iii) a datacenter control system configured to control the computing systems and the behind-the-meter power input system. The remote master control system can be configured to issue instructions to the datacenter that affect an amount of behind-the-meter power consumed by the datacenter. The datacenter control system can receive, from a local station control system configured to at least partially control the behind-the-meter power source, a directive for the datacenter to ramp-down power consumption, and in response to receiving the directive, cause the computing systems to perform a set of predetermined operations correlated with the directive.

**20 Claims, 13 Drawing Sheets**



**US 11,016,553 B2**

Page 2

(51) **Int. Cl.**
**G06F 1/329** (2019.01)
**G06F 1/3296** (2019.01)
**G06F 1/324** (2019.01)
**G06F 1/3287** (2019.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,143,300 | B2 | 11/2006 | Potter et al. |
| 7,647,516 | B2 | 1/2010 | Ranganathan et al. |
| 7,702,931 | B2 | 4/2010 | Goodrum et al. |
| 7,779,276 | B2 | 8/2010 | Bolan et al. |
| 7,861,102 | B1 | 12/2010 | Ranganathan et al. |
| 7,921,315 | B2 | 4/2011 | Langgood et al. |
| 7,970,561 | B2 | 6/2011 | Pfeiffer |
| 8,001,403 | B2 | 8/2011 | Hamilton et al. |
| 8,006,108 | B2 | 8/2011 | Brey et al. |
| 8,214,843 | B2 | 7/2012 | Boss et al. |
| 8,374,928 | B2 | 2/2013 | Gopisetty et al. |
| 8,447,993 | B2 | 5/2013 | Greene et al. |
| 8,571,820 | B2 | 10/2013 | Pfeiffer |
| 8,627,123 | B2 | 1/2014 | Jain et al. |
| 8,700,929 | B1 | 4/2014 | Weber et al. |
| 8,789,061 | B2 | 7/2014 | Pavel et al. |
| 8,799,690 | B2 | 8/2014 | Dawson et al. |
| 9,003,211 | B2 | 4/2015 | Pfeiffer |
| 9,003,216 | B2 | 4/2015 | Sankar et al. |
| 9,026,814 | B2 | 5/2015 | Aasheim et al. |
| 9,207,993 | B2 | 12/2015 | Jain |
| 9,218,035 | B2 | 12/2015 | Li et al. |
| 9,552,234 | B2 | 1/2017 | Boldyrev et al. |
| 10,367,313 | B1 | 7/2019 | McNamara et al. |
| 10,367,535 | B2 | 7/2019 | Corse et al. |
| 10,444,818 | B1 | 10/2019 | McNamara et al. |
| 10,452,127 | B1 | 10/2019 | McNamara et al. |
| 10,497,072 | B2 | 12/2019 | Hooshmand et al. |
| 10,608,433 | B1 | 3/2020 | McNamara et al. |
| 10,618,427 | B1 | 4/2020 | McNamara et al. |
| 10,637,353 | B2 | 4/2020 | Ohyama et al. |
| 2002/0072868 | A1 | 6/2002 | Bartone et al. |
| 2003/0074464 | A1 | 4/2003 | Bohrer et al. |
| 2004/0117330 | A1 | 6/2004 | Ehlers et al. |
| 2005/0203761 | A1 | 9/2005 | Barr et al. |
| 2006/0161765 | A1 | 7/2006 | Cromer et al. |
| 2008/0030078 | A1 | 2/2008 | Whitted et al. |
| 2008/0094797 | A1 | 4/2008 | Coglitore et al. |
| 2009/0055665 | A1 | 2/2009 | Maglione et al. |
| 2009/0070611 | A1 | 3/2009 | Bower, III et al. |
| 2009/0078401 | A1 | 3/2009 | Cichanowicz |
| 2009/0089595 | A1 | 4/2009 | Brey et al. |
| 2010/0211810 | A1 | 8/2010 | Zacho |
| 2010/0235004 | A1 | 9/2010 | Thind |
| 2010/0328849 | A1 | 12/2010 | Ewing et al. |
| 2011/0072289 | A1 | 3/2011 | Kato |
| 2011/0238342 | A1 | 9/2011 | Pfeiffer |
| 2012/0000121 | A1 | 1/2012 | Swann |
| 2012/0072745 | A1 | 3/2012 | Ahluwalia et al. |
| 2012/0300524 | A1 | 11/2012 | Fornage et al. |
| 2012/0306271 | A1 | 12/2012 | Kuriyama |
| 2012/0324259 | A1 | 12/2012 | Aasheim et al. |
| 2013/0006401 | A1 | 1/2013 | Shan |
| 2013/0063991 | A1 | 3/2013 | Xiao et al. |
| 2013/0086404 | A1 | 4/2013 | Sankar et al. |
| 2013/0187464 | A1 | 7/2013 | Smith et al. |
| 2013/0227139 | A1 | 8/2013 | Suffling |
| 2013/0306276 | A1 | 11/2013 | Duchesneau |
| 2014/0137468 | A1 | 5/2014 | Ching |
| 2014/0379156 | A1 | 12/2014 | Kamel et al. |
| 2015/0012113 | A1 | 1/2015 | Celebi |
| 2015/0121113 | A1 | 4/2015 | Ramamurthy et al. |
| 2015/0155712 | A1 | 6/2015 | Mondal |
| 2015/0229227 | A1 | 8/2015 | Aeloiza et al. |
| 2015/0277410 | A1 | 10/2015 | Gupta et al. |
| 2015/0278968 | A1 | 10/2015 | Steven et al. |
| 2015/0288183 | A1 | 10/2015 | Villanueva et al. |
| 2015/0372538 | A1 | 12/2015 | Siegler et al. |

| | | | |
|---|---|---|---|
| 2016/0006066 | A1 | 1/2016 | Robertson |
| 2016/0011617 | A1 | 1/2016 | Liu et al. |
| 2016/0043552 | A1 | 2/2016 | Villanueva et al. |
| 2016/0126783 | A1 | 5/2016 | Cheng et al. |
| 2016/0170469 | A1 | 6/2016 | Sehgal et al. |
| 2016/0172900 | A1 | 6/2016 | Welch, Jr. |
| 2016/0187906 | A1 | 6/2016 | Bodas et al. |
| 2016/0198656 | A1 | 7/2016 | McNamara et al. |
| 2016/0212954 | A1 | 7/2016 | Argento |
| 2016/0324077 | A1 | 11/2016 | Frantzen et al. |
| 2017/0023969 | A1 | 1/2017 | Shows et al. |
| 2017/0104336 | A1 | 4/2017 | Eibsat et al. |
| 2017/0261949 | A1 | 9/2017 | Hoffmann et al. |
| 2018/0144414 | A1 | 5/2018 | Lee et al. |
| 2018/0202825 | A1 | 7/2018 | You et al. |
| 2018/0240112 | A1 | 8/2018 | Castinado et al. |
| 2018/0366978 | A1 | 12/2018 | Matan et al. |
| 2018/0367320 | A1 | 12/2018 | Montalvo |
| 2019/0052094 | A1 | 2/2019 | Pmsvvsv et al. |
| 2019/0168630 | A1 | 6/2019 | Mrlik et al. |
| 2019/0258370 | A1 | 8/2019 | Shaikh et al. |
| 2019/0280521 | A1 | 9/2019 | Lundstrom et al. |
| 2019/0318327 | A1 | 10/2019 | Sowell et al. |
| 2019/0324820 | A1 | 10/2019 | Krishnan et al. |
| 2020/0073466 | A1 | 3/2020 | Walsh |

OTHER PUBLICATIONS

Epex Spot, "How They Occur, What They Mean," https://www.epexspot.com/en/company-info/basics_of_the_power_market/negative_prices, 2018, 2 pages.

International Searching Authority, International Search Report and Written Opinion, dated May 31, 2018, issued in connection with International Patent Application No. PCT/US2018/017950, filed on Feb. 13, 2018, 15 pages.

International Searching Authority, International Search Report and Written Opinion, dated Apr. 30, 2018, issued in connection with International Patent Application No. PCT/US2018/017955, filed on Feb. 13, 2018, 22 pages.

Soluna, Powering the Blockchain, Aug. 2018, Verison 1.1, 29 pages.

Notice of Allowance dated Apr. 2, 2019, for U.S. Appl. No. 16/175,335, filed Oct. 30, 2018, 12 pages.

Notice of Allowance dated Jul. 29, 2019, for U.S. Appl. No. 16/245,532, filed Jan. 11, 2019, 13 pages.

Final Office Action dated Oct. 1, 2019 for U.S. Appl. No. 16/175,246, filed Oct. 30, 2018, 18 pages.

Notice of Allowance dated Aug. 15, 2019, for U.S. Appl. No. 16/175,146, filed Oct. 30, 2018, 17 pages.

Wilson, J., "A Utility-Scale Deployment Project of Behind-the-Meter Energy Storage for Use in Ancillary Services, Energy Resiliency, Grid Infrastructure Investment Deferment, and Demand-Response Integration," Portland State University, 2016.

Rahimi, Farrokh "Using a Transactive Energy Framework," 2016 IEEE (Year: 2016).

Ghamkhari et al., "Optimal Integration of Renewable Energy Resources in Data Centers with Behind-the-Meter Renewable Generator," Department of Electrical and Computer Engineering Texas Tech University, 2012, pp. 3340-3444.

Non-Final Office Action dated Dec. 5, 2019 for U.S. Appl. No. 16/529,360, filed Aug. 1, 2019, 72 pages.

Non-Final Office Action dated Dec. 10, 2019 for U.S. Appl. No. 16/596,190, filed Oct. 8, 2019, 72 pages.

Non-Final Office Action dated Nov. 14, 2019 for U.S. Appl. No. 16/132,098, filed Sep. 14, 2018, 25 pages.

Non-Final Office Action dated Nov. 21, 2019 for U.S. Appl. No. 16/529,402, filed Aug. 1, 2019, 57 pages.

Non-Final Office Action dated Dec. 11, 2019 on for U.S. Appl. No. 16/132,062, filed Sep. 14, 2018, 12 pages.

Non-Final Office Action dated Dec. 10, 2019 for U.S. Appl. No. 16/528,348, filed Oct. 8, 2019, 33 pages.

Co-pending U.S. Appl. No. 16/175,246, filed Oct. 30, 2018.

Co-pending U.S. Appl. No. 16/482,495, filed Jul. 31, 2019.

Notice of Allowance dated Jan. 27, 2020, for U.S. Appl. No. 16/702,931, filed Dec. 4, 2019, 23 pages.

**US 11,016,553 B2**

Page 3

(56)                    **References Cited**

OTHER PUBLICATIONS

Final Office Action dated Apr. 17, 2020 for U.S. Appl. No. 16/529,402, filed Aug. 1, 2019, 59 pages.
Hayes, Adam S., "A Cost of Production Model for Bitcoin," Department of Economics, The New School for Social Research, Mar. 2015, 5 pages.
Non-Final Office Action dated Feb. 20, 2020 for U.S. Appl. No. 16/702,894, filed Dec. 4, 2019, 30 pages.
Non-Final Office Action dated Apr. 2, 2020 on for U.S. Appl. No. 16/132,011, filed Sep. 14, 2018, 5 pages.
Notice of Allowance dated Mar. 2, 2020, for U.S. Appl. No. 16/596,190, filed Oct. 8, 2019, 15 pages.
Notice of Allowance dated Apr. 6, 2020, for U.S. Appl. No. 16/175,246, filed Oct. 30, 2018, 12 pages.
Advisory Action dated Nov. 13, 2020 for U.S. Appl. No. 16/529,360, filed Aug. 1, 2019, 182 pages.
Advisory Action dated Oct. 22, 2020 for U.S. Appl. No. 16/528,348, filed Jul. 31, 2019, 3 pages.
Bakar.N. et al., "Microgrid and Load Shedding Scheme During Islanded Mode: a Review," Elsevier, May 26, 2020, vol. 71, pp. 161-169. https://www.sciencedirect.com/science/article/pii/S1364032116311030.
Choi. Y et al., "Optimal Load Shedding for Maximizing Satisfaction in an Islanded Microgrid," Energies, 2017, vol. 10, pp. 45. doi: 10.3390/en10010045.
Final Office Action dated Jul. 23, 2020 on for U.S. Appl. No. 16/132,062, filed Sep. 14, 2018, 26 pages.
Final Office Action dated Jun. 3, 2020 for U.S. Appl. No. 16/528,348, filed Jul. 31, 2019, 33 pages.
Final Office Action dated May 19, 2020 for U.S. Appl. No. 16/809,111, filed Mar. 4, 2020, 36 pages.
Final Office Action dated May 28, 2020 for U.S. Appl. No. 16/132,098, filed Sep. 14, 2018, 24 pages.
Gao.H et al., "Dynamic Load Shedding for an Islanded Microgrid With Limited Generation Resources," IET Generation, Transmission & Distribution, Sep. 2016, vol. 10(12), pp. 2953-2961. doi: 10.1049/iet-gtd.2015.1452.
International Search Report and Written Opinion of PCT Application. No. PCT/US2020/044536, dated Aug. 26, 2020, 24 pages.
International Search Report and Written Opinion of PCT Application. No. PCT/US2020/044539, dated Aug. 26, 2020, 7 pages.
John, "Stem and CPower to Combine Behind-the-Meter Batteries and Demand Response," Energy Storage, Aug. 8, 2017, 1 page.
Lim.Y et al., "Distributed Load-shedding System for Agent-based Autonomous Microgrid Operations," Energies, 2014, vol. 7(1), pp. 385-401. doi: 10.3390/en7010385.

Liu.W et al., "Improved Average Consensus Algorithm Based Distributed Cost Optimization for Loading Shedding of Autonomous Microgrids,"International Journal of Electrical Power & Energy Systems, Dec. 2015, vol. 73, pp. 89-96. doi: 10.1016/j.ijepes.2015.04.006.
Mousavizadeh.S et al., "A Linear Two-stage Method for Resiliency Analysis in Distribution Systems Considering Renewable Energy and Demand Response Resources," Elsevier, 2017, pp. 443-460. doi: 10.1016/j.apenergy.2017.11.067.
Non-Final Office Action dated May 14, 2020 on for U.S. Appl. No. 16/834,987, filed Mar. 30, 2020, 30 pages.
Non-Final Office Action dated Jun. 12, 2020 for U.S. Appl. No. 16/803,109, filed Dec. 27, 2019, 31 pages.
Notice of Allowance dated Jun. 12, 2020 on for U.S. Appl. No. 16/834,987, filed Mar. 30, 2020, 9 pages.
Notice of Allowance dated Oct. 13, 2020 on for U.S. Appl. No. 16/132,098, filed Sep. 14, 2018, 5 pages.
Notice of Allowance dated Sep. 17, 2020 on for U.S. Appl. No. 16/175,246, filed Oct. 30, 2018, 7 pages.
Notice of Allowance dated Nov. 19, 2020 on for U.S. Appl. No. 16/132,062, filed Sep. 14, 2018, 7 pages.
Notice of Allowance dated Jul. 29, 2020 on for U.S. Appl. No. 16/132,011, filed Sep. 14, 2018, 5 pages.
Pashajavid.E et al., "A Multimode Supervisory Control Scheme for Coupling Remote Droop-Regulated Microgrids," IEEE Transactions on Smart Grid, May 26, 2020, vol. 9(5), pp. 5381-5392. https://ieeexplore.ieee.org/abstract/document/7888570/.
Pashajavid.E et al., "Frequency Support for Remote Microgrid Systems With Intermittent Distributed Energy Resources—A Two-level Hierarchical Strategy," IEEE Systems Journal, May 26, 2020, vol. 12(3), pp. 2760-2771. https://ieeexplore.ieee.org/abstract/document/7862156/.
Rudez.U and Mihalic.R, "Predictive Underfrequency Load Shedding Scheme for Islanded Power Systems With Renewable Generation," Electric Power Systems Research, May 2015, vol. 126, pp. 21-28. doi: 10.1016/j.epsr.2015.04.017.
Wilson, Joseph Nathanael, "A Utility-Scale Deployment Project of Behind-the-Meter Energy Storage for Use in Ancillary Services, Energy Resiliency, Grid Infrastructure Investment Deferment, and Demand-Response Integration," Portland State University, 2016, 154 pages.
Xu.Q et al., "Distributed Load Shedding for Microgrid With Compensation Support via Wireless Network," IET Generation, Transmission & Distribution, May 2018, vol. 12(9), pp. 2006-2018. doi: 10.1049/iet-gtd.2017.1029.
Zhou.Q et al., "Two-Stage Load Shedding for Secondary Control in Hierarchical Operation of Islanded Microgrids," IEEE Transactions on Smart Grid, May 2019, vol. 10(3), pp. 3103-3111. doi: 10.1109/TSG.2018.2817738.



**FIG. 1**



FIG. 2



FIG. 3



**FIG. 4**



FIG. 5



FIG. 6



FIG. 7



**FIG. 8**



**FIG. 9A**



**FIG. 9B**



FIG. 10

RECEIVE A FIRST OPERATIONAL DIRECTIVE FROM A LOCAL STATION CONTROL SYSTEM, WHERE THE LOCAL STATION CONTROL SYSTEM IS CONFIGURED TO AT LEAST PARTIALLY CONTROL THE BEHIND-THE-METER POWER SOURCE, WHERE THE FIRST OPERATIONAL DIRECTIVE IS AN OPERATIONAL DIRECTIVE FOR THE FLEXIBLE DATACENTER TO RAMP-DOWN POWER CONSUMPTION — 1100

IN RESPONSE TO RECEIVING THE FIRST OPERATIONAL DIRECTIVE, CAUSE THE PLURALITY OF COMPUTING SYSTEMS OF THE FLEXIBLE DATACENTER TO PERFORM A FIRST SET OF PREDETERMINED OPERATIONS CORRELATED WITH THE FIRST OPERATIONAL DIRECTIVE — 1102

**FIG. 11**



RECEIVE A FIRST OPERATIONAL DIRECTIVE FROM A REMOTE MASTER CONTROL SYSTEM, WHERE THE FIRST OPERATIONAL DIRECTIVE IS AN OPERATIONAL DIRECTIVE FOR THE FLEXIBLE DATACENTER TO RAMP-DOWN POWER CONSUMPTION ⟩ 1200

IN RESPONSE TO RECEIVING THE FIRST OPERATIONAL DIRECTIVE, CAUSE THE PLURALITY OF COMPUTING SYSTEMS OF THE FLEXIBLE DATACENTER TO PERFORM A FIRST SET OF PREDETERMINED OPERATIONS CORRELATED WITH THE FIRST OPERATIONAL DIRECTIVE ⟩ 1202

# FIG. 12

US 11,016,553 B2

1

**METHODS AND SYSTEMS FOR DISTRIBUTED POWER CONTROL OF FLEXIBLE DATACENTERS**

FIELD OF THE INVENTION

This specification relates to a system for controlling the use of "behind-the-meter" power.

BACKGROUND OF THE INVENTION

The price for power distributed through regional and national electric power grids is composed of Generation, Administration, and Transmission & Distribution ("T&D") costs. T&D costs are a significant portion of the overall price paid by consumers for electricity. T&D costs include capital costs (land, equipment, substations, wire, etc.), electrical transmission losses, and operation and maintenance costs. Electrical power is typically generated at local stations (e.g., coal, natural gas, nuclear, and renewable sources) in the Medium Voltage class of 2.4 kVAC to 69 kVAC before being converted in an AC-AC step up transformer to High Voltage at 115 kVAC or above. T&D costs are accrued at the point the generated power leaves the local station and is converted to High Voltage electricity for transmission onto the grid.

Local station operators are paid a variable market price for the amount of power leaving the local station and entering the grid. However, grid stability requires that a balance exist between the amount of power entering the grid and the amount of power used from the grid. Grid stability and congestion is the responsibility of the grid operator and grid operators take steps, including curtailment, to reduce power supply from local stations when necessary. Frequently, the market price paid for generated power will be decreased in order to disincentivize local stations from generating power. In some cases, the market price will go negative, resulting in a cost to local station operators who continue to supply power onto a grid. Grid operators may sometimes explicitly direct a local station operator to reduce or stop the amount of power the local station is supplying to the grid.

Power market fluctuations, power system conditions such as power factor fluctuation or local station startup and testing, and operational directives resulting in reduced or discontinued generation all can have disparate effects on renewal energy generators and can occur multiple times in a day and last for indeterminate periods of time. Curtailment, in particular, is particularly problematic.

According to the National Renewable Energy Laboratory's Technical Report TP-6A20-60983 (March 2014):

[C]urtailment [is] a reduction in the output of a generator from what it could otherwise produce given available resources (e.g., wind or sunlight), typically on an involuntary basis. Curtailments can result when operators or utilities command wind and solar generators to reduce output to minimize transmission congestion or otherwise manage the system or achieve the optimal mix of resources. Curtailment of wind and solar resources typically occurs because of transmission congestion or lack of transmission access, but it can also occur for reasons such as excess generation during low load periods that could cause baseload generators to reach minimum generation thresholds, because of voltage or interconnection issues, or to maintain frequency requirements, particularly for small, isolated grids. Curtailment is one among many tools to maintain system energy balance, which can also include grid

2

capacity, hydropower and thermal generation, demand response, storage, and institutional changes. Deciding which method to use is primarily a matter of economics and operational practice.

"Curtailment" today does not necessarily mean what it did in the early 2000s. Two sea changes in the electric sector have shaped curtailment practices since that time: the utility-scale deployment of wind power, which has no fuel cost, and the evolution of wholesale power markets. These simultaneous changes have led to new operational challenges but have also expanded the array of market-based tools for addressing them. Practices vary significantly by region and market design. In places with centrally-organized wholesale power markets and experience with wind power, manual wind energy curtailment processes are increasingly being replaced by transparent offer-based market mechanisms that base dispatch on economics. Market protocols that dispatch generation based on economics can also result in renewable energy plants generating less than what they could potentially produce with available wind or sunlight. This is often referred to by grid operators by other terms, such as "downward dispatch." In places served primarily by vertically integrated utilities, power purchase agreements (PPAs) between the utility and the wind developer increasingly contain financial provisions for curtailment contingencies.

Some reductions in output are determined by how a wind operator values dispatch versus non-dispatch. Other curtailments of wind are determined by the grid operator in response to potential reliability events. Still other curtailments result from overdevelopment of wind power in transmission-constrained areas.

Dispatch below maximum output (curtailment) can be more of an issue for wind and solar generators than it is for fossil generation units because of differences in their cost structures. The economics of wind and solar generation depend on the ability to generate electricity whenever there is sufficient sunlight or wind to power their facilities.

Because wind and solar generators have substantial capital costs but no fuel costs (i.e., minimal variable costs), maximizing output improves their ability to recover capital costs. In contrast, fossil generators have higher variable costs, such as fuel costs. Avoiding these costs can, depending on the economics of a specific generator, to some degree reduce the financial impact of curtailment, especially if the generator's capital costs are included in a utility's rate base.

As such, curtailment may result in available energy being wasted (which may not be true to the same extent for fossil generation units which can simply reduce the amount of fuel that is being used). With wind generation, in particular, it may also take some time for a wind farm to become fully operational following curtailment. As such, until the time that the wind farm is fully operational, the wind farm may not be operating with optimum efficiency and/or may not be able to provide power to the grid.

BRIEF SUMMARY OF THE INVENTION

In an example, a distributed power control system is described. The distributed power control system can comprise a flexible datacenter comprising (i) a plurality of computing systems powered by a behind-the-meter power input system, (ii) the behind-the-meter power input system configured to receive power from a behind-the-meter power

US 11,016,553 B2

3

source and deliver power to the plurality of computing systems, and (iii) a datacenter control system configured to control the plurality of computing systems and the behind-the-meter power input system. The distributed power control system can also comprise a remote master control system configured to issue instructions to the flexible datacenter that affect an amount of behind-the-meter power consumed by the flexible datacenter. The distributed power control system can also comprise one or more processors and data storage comprising a first set of instructions that, when executed by the one or more processors, cause the datacenter control system to perform operations. The operations can comprise receiving a first operational directive from a local station control system, where the local station control system is configured to at least partially control the behind-the-meter power source, and where the first operational directive is an operational directive for the flexible datacenter to ramp-down power consumption. The operations can also comprise, in response to receiving the first operational directive, causing the plurality of computing systems of the flexible datacenter to perform a first set of predetermined operations correlated with the first operational directive.

In another example, a method performed by a datacenter control system of a flexible datacenter is described. The flexible datacenter can also comprise (i) a plurality of computing systems powered by a behind-the-meter power input system and (ii) the behind-the-meter power input system configured to receive power from a behind-the-meter power source and deliver power to the plurality of computing systems. The datacenter control system can be configured to control the plurality of computing systems and the behind-the-meter power input system, and a remote master control system can be configured to issue instructions to the flexible datacenter that affect an amount of behind-the-meter power consumed by the flexible datacenter. The method can involve receiving a first operational directive from a local station control system, where the local station control system is configured to at least partially control the behind-the-meter power source, and where the first operational directive is an operational directive for the flexible datacenter to ramp-down power consumption. The method can also involve, in response to receiving the first operational directive, causing the plurality of computing systems of the flexible datacenter to perform a first set of predetermined operations correlated with the first operational directive.

In another example, a non-transitory computer readable medium having stored thereon instructions, that when executed by one or more processors of a datacenter control system of a flexible datacenter, cause the datacenter control system to perform operations is described. The operations can comprise receiving a first operational directive from a local station control system, where the local station control system is configured to at least partially control a behind-the-meter power source, and where the first operational directive is an operational directive for the flexible datacenter to ramp-down power consumption. The flexible datacenter can also comprise (i) a plurality of computing systems powered by a behind-the-meter power input system and (ii) the behind-the-meter power input system configured to receive power from the behind-the-meter power source and deliver power to the plurality of computing systems. The datacenter control system can be configured to control the plurality of computing systems and the behind-the-meter power input system, and a remote master control system can be configured to issue instructions to the flexible datacenter that affect an amount of behind-the-meter power consumed by the flexible datacenter. The operations can also comprise,

4

in response to receiving the first operational directive, causing the plurality of computing systems of the flexible datacenter to perform a first set of predetermined operations correlated with the first operational directive.

Other aspects of the present invention will be apparent from the following description and claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a computing system in accordance with one or more embodiments of the present invention.

FIG. 2 shows a flexible datacenter in accordance with one or more embodiments of the present invention.

FIG. 3 shows a three-phase power distribution of a flexible datacenter in accordance with one or more embodiments of the present invention.

FIG. 4 shows a control distribution scheme of a flexible datacenter in accordance with one or more embodiments of the present invention.

FIG. 5 shows a control distribution scheme of a fleet of flexible datacenters in accordance with one or more embodiments of the present invention.

FIG. 6 shows a flexible datacenter powered by one or more wind turbines in accordance with one or more embodiments of the present invention.

FIG. 7 shows a flexible datacenter powered by one or more solar panels in accordance with one or more embodiments of the present invention.

FIG. 8 shows a flexible datacenter powered by flare gas in accordance with one or more embodiments of the present invention.

FIG. 9A shows a method of dynamic power delivery to a flexible datacenter using behind-the-meter power in accordance with one or more embodiments of the present invention.

FIG. 9B shows another method of dynamic power delivery to a flexible datacenter using behind-the-meter power in accordance with one or more embodiments of the present invention.

FIG. 10 shows a distributed power control system in accordance with one or more embodiments of the present invention.

FIG. 11 shows a flowchart for the operation of the distributed power control system in accordance with one or more embodiments of the present invention.

FIG. 12 shows another flowchart for the operation of the distributed power control system in accordance with one or more embodiments of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

One or more embodiments of the present invention are described in detail with reference to the accompanying figures. For consistency, like elements in the various figures are denoted by like reference numerals. In the following detailed description of the present invention, specific details are set forth in order to provide a thorough understanding of the present invention. In other instances, well-known features to one having ordinary skill in the art are not described to avoid obscuring the description of the present invention.

The embodiments provided herein relate to providing an electrical load "behind the meter" at local stations such that generated power can be directed to the behind-the-meter load instead of onto the grid, typically for intermittent periods of time. "Behind-the-meter" power is power that is received from a power generation system (for instance, but

US 11,016,553 B2

5

not limited to, a wind or solar power generation system) prior to the power undergoing AC-to-AC step up transformation for transmission to the grid. "Behind-the-meter" power includes power that is received from a power generation system (for instance, but not limited to, a wind or solar power generation system) prior to the power undergoing AC-to-AC step-up transformation to High Voltage class AC power for transmission to the grid. Behind-the-meter power may therefore include power drawn directly from an intermittent grid-scale power generation system (e.g. a wind farm or a solar array) and not from the grid.

The embodiments herein provide an economic advantage to local station operators when, for example, the power system conditions exhibit excess local power generation at a local station level, excess local power generation that a grid cannot receive, local power generation that is subject to economic curtailment, local power generation that is subject to reliability curtailment, local power generation that is subject to power factor correction, low local power generation, start up local power generation situations, transient local power generation situations, conditions where the cost for power is economically viable (e.g., low cost for power), or testing local power generation situations where there is an economic advantage to using local behind-the-meter power generation. This is not least because the excess power can be utilized by the behind-the-meter electrical load rather than going to waste. In addition, by providing an electrical load behind-the-meter rather than connected to the grid, electrical transmission losses resulting from transmission of power through the grid can be reduced. In addition, any degradation in the power generation systems which may result from curtailment may be reduced.

Preferably, controlled computing systems that consume electrical power through computational operations can provide a behind-the-meter electrical load that can be granularly ramped up and down quickly under the supervision of control systems that monitor power system conditions and direct the power state and/or computational activity of the computing systems. In one embodiment, the computing systems preferably receive all their power for computational operations from a behind-the-meter power source. In another embodiment, the computing systems may additionally include a connection to grid power for supervisory and communication systems or other ancillary needs. In yet another embodiment, the computing systems can be configured to switch between behind-the-meter power and grid power under the direction of a control system.

Among other benefits, a computing system load with controlled granular ramping allows a local station to avoid negative power market pricing and to respond quickly to grid directives.

Various computing systems can provide granular behind-the-meter ramping. Preferably the computing systems perform computational tasks that are immune to, or not substantially hindered by, frequent interruptions or slow-downs in processing as the computing systems ramp up and down. In one embodiment, control systems can activate or de-activate one or more computing systems in an array of similar or identical computing systems sited behind the meter. For example, one or more blockchain miners, or groups of blockchain miners, in an array may be turned on or off. In another embodiment, control systems can direct time-insensitive computational tasks to computational hardware, such as CPUs and GPUs, sited behind the meter, while other hardware is sited in front of the meter and possibly remote from the behind-the-meter hardware. Any parallel computing processes, such as Monte Carlo simulations,

6

batch processing of financial transactions, graphics rendering, and oil and gas field simulation models, are all good candidates for such interruptible computational operations.

In accordance with one or more embodiments of the present invention, computing systems that consume behind-the-meter power generated by a behind-the-meter power source can be part of a flexible datacenter deployed in association with the behind-the-meter power source (e.g., on site, near the source). Over time, an amount of behind-the-meter power generated by the behind-the-meter power source can vary, and it is desirable for the computing systems that consume the behind-the-meter power to perform computational operations to be able to dynamically adapt to changes in available behind-the-meter power. To facilitate this, the flexible datacenter that includes such computing systems (and thus consumes generated behind-the-meter power) can be configured to modulate power delivery to at least a portion of the computing systems based on monitored power system conditions and/or an operational directive. For example, the flexible datacenter may ramp-up to a full capacity status, ramp-down to an off capacity status, or dynamically reduce power consumption, act a load balancer, or adjust the power factor. As a more particular example, if there is an emergency situation in which there is insufficient behind-the-meter power available and/or an error with one or more components of a behind-the-meter power source (e.g., a fault rendering one or more wind turbines at least temporarily inoperable), the flexible datacenter might need to ramp down its power consumption. Any one or more of these activities may be performed using any or all of: behind-the-meter generated power, behind-the-meter stored power, and/or grid power. Advantageously, the flexible datacenter may perform computational operations, such as blockchain hashing operations or simulations using clean and renewable energy that would otherwise be wasted.

In some cases, it may be desirable for flexible datacenters to be able to efficiently and effectively work with a variety of different behind-the-meter power sources and associated local station control systems. In particular, when certain conditions arise, such as emergency situations involving behind-the-meter power generation, the associated local station control systems can engage in communication with the appropriate flexible datacenters and direct those flexible datacenters to perform certain functions. Accordingly, in one or more embodiments of the present invention, methods and systems for a distributed power control system distribute control amongst at least two different control systems including, at a minimum, a datacenter control system associated with the flexible datacenter (e.g., a control system geographically located on site with the flexible datacenter) and a local station control system that is configured to at least partially control the behind-the-meter power source and/or monitor conditions related to the behind-the-meter power source. Thus, when the local station control system determines that the flexible datacenter should modulate power consumption (which could occur for a variety of reasons, some of which could be related to an amount of behind-the-meter power currently being generated or expected to be generated in the future), the local station control system can directly or indirectly (e.g., via another control system) send to the flexible datacenter an operational directive associated with the power consumption ramp-down condition so that the flexible datacenter can respond accordingly, such as by modulating power consumption in a particular way.

US 11,016,553 B2

7

Other control systems can be implemented as part of the distributed power control system as well, such as a remote master control system, which can control certain functions of the behind-the-meter power source and/or control certain functions of the datacenter control system. In some embodiments, in addition to or alternative to the local station control system operations noted above, the remote master control system itself can determine that the flexible datacenter should modulate power consumption and can thus send to the flexible datacenter an operational directive associated with the power consumption ramp-down condition so that the flexible datacenter can respond accordingly.

FIG. 1 shows a computing system 100 in accordance with one or more embodiments of the present invention. Computing system 100 may include one or more central processing units (singular "CPU" or plural "CPUs") 105, host bridge 110, input/output ("IO") bridge 115, graphics processing units (singular "GPU" or plural "GPUs") 125, and/or application-specific integrated circuits (singular "ASIC" or plural "ASICs") (not shown) disposed on one or more printed circuit boards (not shown) that are configured to perform computational operations. Each of the one or more CPUs 105, GPUs 125, or ASICs (not shown) may be a single-core (not independently illustrated) device or a multi-core (not independently illustrated) device. Multi-core devices typically include a plurality of cores (not shown) disposed on the same physical die (not shown) or a plurality of cores (not shown) disposed on multiple die (not shown) that are collectively disposed within the same mechanical package (not shown).

CPU 105 may be a general purpose computational device typically configured to execute software instructions. CPU 105 may include an interface 108 to host bridge 110, an interface 118 to system memory 120, and an interface 123 to one or more IO devices, such as, for example, one or more GPUs 125. GPU 125 may serve as a specialized computational device typically configured to perform graphics functions related to frame buffer manipulation. However, one of ordinary skill in the art will recognize that GPU 125 may be used to perform non-graphics related functions that are computationally intensive. In certain embodiments, GPU 125 may interface 123 directly with CPU 125 (and interface 118 with system memory 120 through CPU 105). In other embodiments, GPU 125 may interface 121 with host bridge 110 (and interface 116 or 118 with system memory 120 through host bridge 110 or CPU 105 depending on the application or design). In still other embodiments, GPU 125 may interface 133 with IO bridge 115 (and interface 116 or 118 with system memory 120 through host bridge 110 or CPU 105 depending on the application or design). The functionality of GPU 125 may be integrated, in whole or in part, with CPU 105.

Host bridge 110 may be an interface device configured to interface between the one or more computational devices and IO bridge 115 and, in some embodiments, system memory 120. Host bridge 110 may include an interface 108 to CPU 105, an interface 113 to IO bridge 115, for embodiments where CPU 105 does not include an interface 118 to system memory 120, an interface 116 to system memory 120, and for embodiments where CPU 105 does not include an integrated GPU 125 or an interface 123 to GPU 125, an interface 121 to GPU 125. The functionality of host bridge 110 may be integrated, in whole or in part, with CPU 105. IO bridge 115 may be an interface device configured to interface between the one or more computational devices and various IO devices (e.g., 140, 145) and IO expansion, or add-on, devices (not independently illustrated). IO bridge

8

115 may include an interface 113 to host bridge 110, one or more interfaces 133 to one or more IO expansion devices 135, an interface 138 to keyboard 140, an interface 143 to mouse 145, an interface 148 to one or more local storage devices 150, and an interface 153 to one or more network interface devices 155. The functionality of IO bridge 115 may be integrated, in whole or in part, with CPU 105 or host bridge 110. Each local storage device 150, if any, may be a solid-state memory device, a solid-state memory device array, a hard disk drive, a hard disk drive array, or any other non-transitory computer readable medium. Network interface device 155 may provide one or more network interfaces including any network protocol suitable to facilitate networked communications.

Computing system 100 may include one or more network-attached storage devices 160 in addition to, or instead of, one or more local storage devices 150. Each network-attached storage device 160, if any, may be a solid-state memory device, a solid-state memory device array, a hard disk drive, a hard disk drive array, or any other non-transitory computer readable medium. Network-attached storage device 160 may or may not be collocated with computing system 100 and may be accessible to computing system 100 via one or more network interfaces provided by one or more network interface devices 155.

One of ordinary skill in the art will recognize that computing system 100 may be a conventional computing system or an application-specific computing system. In certain embodiments, an application-specific computing system may include one or more ASICs (not shown) that are configured to perform one or more functions, such as hashing, in a more efficient manner. The one or more ASICs (not shown) may interface directly with CPU 105, host bridge 110, or GPU 125 or interface through IO bridge 115. Alternatively, in other embodiments, an application-specific computing system may be reduced to only those components necessary to perform a desired function in an effort to reduce one or more of chip count, printed circuit board footprint, thermal design power, and power consumption. The one or more ASICs (not shown) may be used instead of one or more of CPU 105, host bridge 110, IO bridge 115, or GPU 125. In such systems, the one or more ASICs may incorporate sufficient functionality to perform certain network and computational functions in a minimal footprint with substantially fewer component devices.

As such, one of ordinary skill in the art will recognize that CPU 105, host bridge 110, IO bridge 115, GPU 125, or ASIC (not shown) or a subset, superset, or combination of functions or features thereof, may be integrated, distributed, or excluded, in whole or in part, based on an application, design, or form factor in accordance with one or more embodiments of the present invention. Thus, the description of computing system 100 is merely exemplary and not intended to limit the type, kind, or configuration of component devices that constitute a computing system 100 suitable for performing computing operations in accordance with one or more embodiments of the present invention.

One of ordinary skill in the art will recognize that computing system 100 may be a stand alone, laptop, desktop, server, blade, or rack mountable system and may vary based on an application or design.

FIG. 2 shows a flexible datacenter 200 in accordance with one or more embodiments of the present invention. Flexible datacenter 200 may include a mobile container 205, a behind-the-meter power input system 210, a power distribution system 215, a climate control system (e.g., 250, 260, 270, 280, and/or 290), a datacenter control system 220, and

US 11,016,553 B2

9
10

a plurality of computing systems **100** disposed in one or more racks **240**. Datacenter control system **220** may be a computing system (e.g., **100** of FIG. **1**) configured to dynamically modulate power delivery to one or more computing systems **100** disposed within flexible datacenter **200** based on unutilized behind-the-meter power availability or an operational directive from a local station control system (not shown), a remote master control system (not shown), or a grid operator (not shown).

In certain embodiments, mobile container **205** may be a storage trailer disposed on wheels and configured for rapid deployment. In other embodiments, mobile container **205** may be a storage container (not shown) configured for placement on the ground and potentially stacked in a vertical or horizontal manner (not shown). In still other embodiments, mobile container **205** may be an inflatable container, a floating container, or any other type or kind of container suitable for housing a mobile datacenter **200**. And in still other embodiments, flexible datacenter **200** might not include a mobile container. For example, flexible datacenter **200** may be situated within a building or another type of stationary environment.

Flexible datacenter **200** may be rapidly deployed on site near a source of unutilized behind-the-meter power generation. Behind-the-meter power input system **210** may be configured to input power to flexible datacenter **200**. Behind-the-meter power input system **210** may include a first input (not independently illustrated) configured to receive three-phase behind-the-meter alternating current ("AC") voltage. In certain embodiments, behind-the-meter power input system **210** may include a supervisory AC-to-AC step-down transformer (not shown) configured to step down three-phase behind-the-meter AC voltage to single-phase supervisory nominal AC voltage or a second input (not independently illustrated) configured to receive single-phase supervisory nominal AC voltage from the local station (not shown) or a metered source (not shown). Behind-the-meter power input system **210** may provide single-phase supervisory nominal AC voltage to datacenter control system **220**, which may remain powered at almost all times to control the operation of flexible datacenter **200**. The first input (not independently illustrated) or a third input (not independently illustrated) of behind-the-meter power input system **210** may direct three-phase behind-the-meter AC voltage to an operational AC-to-AC step-down transformer (not shown) configured to controllably step down three-phase behind-the-meter AC voltage to three-phase nominal AC voltage. Datacenter control system **220** may controllably enable or disable generation or provision of three-phase nominal AC voltage by the operational AC-to-AC step-down transformer (not shown).

Behind-the-meter power input system **210** may provide three phases of three-phase nominal AC voltage to power distribution system **215**. Power distribution system **215** may controllably provide a single phase of three-phase nominal AC voltage to each computing system **100** or group **240** of computing systems **100** disposed within flexible datacenter **200**. Datacenter control system **220** may controllably select which phase of three-phase nominal AC voltage that power distribution system **215** provides to each computing system **100** or group **240** of computing systems **100**. In this way, datacenter control system **220** may modulate power delivery by either ramping-up flexible datacenter **200** to fully operational status, ramping-down flexible datacenter **200** to offline status (where only datacenter control system **220** remains powered), reducing power consumption by withdrawing power delivery from, or reducing power to, one or more computing systems **100** or groups **240** of computing systems **100**, or modulating a power factor correction factor for the local station by controllably adjusting which phases of three-phase nominal AC voltage are used by one or more computing systems **100** or groups **240** of computing systems **100**. In some embodiments, flexible datacenter **200** may receive DC power to power computing systems **100**.

Flexible datacenter **200** may include a climate control system (e.g., **250**, **260**, **270**, **280**, **290**) configured to maintain the plurality of computing systems **100** within their operational temperature range. In certain embodiments, the climate control system may include an air intake **250**, an evaporative cooling system **270**, a fan **280**, and an air outtake **260**. In other embodiments, the climate control system may include an air intake **250**, an air conditioner or refrigerant cooling system **290**, and an air outtake **260**. In still other embodiments, the climate control system may include a computer room air conditioner system (not shown), a computer room air handler system (not shown), or an immersive cooling system (not shown). One of ordinary skill in the art will recognize that any suitable heat extraction system (not shown) configured to maintain the operation of the plurality of computing systems **100** within their operational temperature range may be used in accordance with one or more embodiments of the present invention.

Flexible datacenter **200** may include a battery system (not shown) configured to convert three-phase nominal AC voltage to nominal DC voltage and store power in a plurality of storage cells. The battery system (not shown) may include a DC-to-AC inverter configured to convert nominal DC voltage to three-phase nominal AC voltage for flexible datacenter **200** use. Alternatively, the battery system (not shown) may include a DC-to-AC inverter configured to convert nominal DC voltage to single-phase nominal AC voltage to power datacenter control system **220**.

One of ordinary skill in the art will recognize that a voltage level of three-phase behind-the-meter AC voltage may vary based on an application or design and the type or kind of local power generation. As such, a type, kind, or configuration of the operational AC-to-AC step down transformer (not shown) may vary based on the application or design. In addition, the frequency and voltage level of three-phase nominal AC voltage, single-phase nominal AC voltage, and nominal DC voltage may vary based on the application or design in accordance with one or more embodiments of the present invention.

FIG. **3** shows a three-phase power distribution of a flexible datacenter **200** in accordance with one or more embodiments of the present invention. Flexible datacenter **200** may include a plurality of racks **240**, each of which may include one or more computing systems **100** disposed therein. As discussed above, the behind-the-meter power input system **210** (**210** of FIG. **2**) may provide three phases of three-phase nominal AC voltage to the power distribution system **215** (**215** of FIG. **2**). The power distribution system **215** (**215** of FIG. **2**) may controllably provide a single phase of three-phase nominal AC voltage to each computing system **100** or group **240** of computing systems **100** disposed within flexible datacenter **200**. For example, a flexible datacenter **200** may include eighteen racks **240**, each of which may include eighteen computing systems **100**. The power distribution system **215** (**215** of FIG. **2**) may control which phase of three-phase nominal AC voltage is provided to one or more computing systems **100**, a rack **240** of computing systems **100**, or a group (e.g., **310**, **320**, or **330**) of racks **240** of computing systems **100**.

US 11,016,553 B2

11

12

In the figure, for purposes of illustration only, eighteen racks **240** are divided into a first group of six racks **310**, a second group of six racks **320**, and a third group of six racks **330**, where each rack contains eighteen computing systems **100**. The power distribution system (**215** of FIG. **2**) may, for example, provide a first phase of three-phase nominal AC voltage to the first group of six racks **310**, a second phase of three-phase nominal AC voltage to the second group of six racks **320**, and a third phase of three-phase nominal AC voltage to the third group of six racks **330**. If the flexible datacenter (**200** of FIG. **2**) receives an operational directive from the local station (not shown) to provide power factor correction, the datacenter control system (**220** of FIG. **2**) may direct the power distribution system (**215** of FIG. **2**) to adjust which phase or phases of three-phase nominal AC voltage are used to provide the power factor correction required by the local station (not shown) or grid operator (not shown). One of ordinary skill in the art will recognize that, in addition to the power distribution, the load may be varied by adjusting the number of computing systems **100** operatively powered. As such, the flexible datacenter (**200** of FIG. **2**) may be configured to act as a capacitive or inductive load to provide the appropriate reactance necessary to achieve the power factor correction required by the local station (not shown).

FIG. **4** shows a control distribution scheme **400** of a flexible datacenter **200** in accordance with one or more embodiments of the present invention. Datacenter control system **220** may independently, or cooperatively with one or more of local station control system **410**, remote master control system **420**, and grid operator **440**, modulate power delivery to flexible datacenter **200**. Specifically, power delivery may be dynamically adjusted based on conditions or operational directives.

Local station control system **410** may be a computing system (e.g., **100** of FIG. **1**) that is configured to control various aspects of the local station (not independently illustrated) that generates power and sometimes generates unutilized behind-the-meter power. Local station control system **410** may communicate with remote master control system **420** over a networked connection **430** and with datacenter control system **220** over a networked or hardwired connection **415**. Remote master control system **420** may be a computing system (e.g., **100** of FIG. **1**) that is located offsite, but connected via a network connection **425** to datacenter control system **220**, that is configured to provide supervisory or override control of flexible datacenter **200** or a fleet (not shown) of flexible datacenters **200**. Grid operator **440** may be a computing system (e.g., **100** of FIG. **1**) that is configured to control various aspects of the grid (not independently illustrated) that receives power from the local station (not independently illustrated), Grid operator **440** may communicate with local station control system **440** over a networked or hardwired connection **445**.

Datacenter control system **220** may monitor unutilized behind-the-meter power availability at the local station (not independently illustrated) and determine when a datacenter ramp-up condition is met. Unutilized behind-the-meter power availability may include one or more of excess local power generation, excess local power generation that the grid cannot accept, local power generation that is subject to economic curtailment, local power generation that is subject to reliability curtailment, local power generation that is subject to power factor correction, conditions where the cost for power is economically viable (e.g., low cost for power), situations where local power generation is prohibitively low, start up situations, transient situations, or testing situations

where there is an economic advantage to using locally generated behind-the-meter power generation, specifically power available at little to no cost and with no associated transmission or distribution losses or costs.

The datacenter ramp-up condition may be met if there is sufficient behind-the-meter power availability and there is no operational directive from local station control system **410**, remote master control system **420**, or grid operator **440** to go offline or reduce power. As such, datacenter control system **220** may enable **435** behind-the-meter power input system **210** to provide three-phase nominal AC voltage to the power distribution system (**215** of FIG. **2**) to power the plurality of computing systems (**100** of FIG. **2**) or a subset thereof. Datacenter control system **220** may optionally direct one or more computing systems (**100** of FIG. **2**) to perform predetermined computational operations. For example, if the one or more computing systems (**100** of FIG. **2**) are configured to perform blockchain hashing operations, datacenter control system **220** may direct them to perform blockchain hashing operations for a specific blockchain application, such as, for example, Bitcoin, Litecoin, or Ethereum. Alternatively, one or more computing systems (**100** of FIG. **2**) may be configured to independently receive a computational directive from a network connection (not shown) to a peer-to-peer blockchain network (not shown) such as, for example, a network for a specific blockchain application, to perform predetermined computational operations.

Remote master control system **420** may specify to datacenter control system **220** what sufficient behind-the-meter power availability constitutes, or datacenter control system **220** may be programmed with a predetermined preference or criteria on which to make the determination independently. For example, in certain circumstances, sufficient behind-the-meter power availability may be less than that required to fully power the entire flexible datacenter **200**. In such circumstances, datacenter control system **220** may provide power to only a subset of computing systems (**100** of FIG. **2**), or operate the plurality of computing systems (**100** of FIG. **2**) in a lower power mode, that is within the sufficient, but less than full, range of power that is available.

While flexible datacenter **200** is online and operational, a datacenter ramp-down condition may be met when there is insufficient, or anticipated to be insufficient, behind-the-meter power availability or there is an operational directive from local station control system **410**, remote master control system **420**, or grid operator **440**. Datacenter control system **220** may monitor and determine when there is insufficient, or anticipated to be insufficient, behind-the-meter power availability. As noted above, sufficiency may be specified by remote master control system **420** or datacenter control system **220** may be programmed with a predetermined preference or criteria on which to make the determination independently. An operational directive may be based on current dispatchability, forward looking forecasts for when unutilized behind-the-meter power is, or is expected to be, available, economic considerations, reliability considerations, operational considerations, or the discretion of the local station **410**, remote master control **420**, or grid operator **440**. For example, local station control system **410**, remote master control system **420**, or grid operator **440** may issue an operational directive to flexible datacenter **200** to go offline and power down. When the datacenter ramp-down condition is met, datacenter control system **220** may disable power delivery to the plurality of computing systems (**100** of FIG. **2**). Datacenter control system **220** may disable **435** behind-the-meter power input system **210** from providing

13

three-phase nominal AC voltage to the power distribution system (215 of FIG. 2) to power down the plurality of computing systems (100 of FIG. 2), while datacenter control system 220 remains powered and is capable of rebooting flexible datacenter 200 when unutilized behind-the-meter power becomes available again.

While flexible datacenter 200 is online and operational, changed conditions or an operational directive may cause datacenter control system 220 to modulate power consumption by flexible datacenter 200. Datacenter control system 220 may determine, or local station control system 410, remote master control system 420, or grid operator 440 may communicate, that a change in local conditions may result in less power generation, availability, or economic feasibility, than would be necessary to fully power flexible datacenter 200. In such situations, datacenter control system 220 may take steps to reduce or stop power consumption by flexible datacenter 200 (other than that required to maintain operation of datacenter control system 220). Alternatively, local station control system 410, remote master control system 420, or grid operator 440, may issue an operational directive to reduce power consumption for any reason, the cause of which may be unknown. In response, datacenter control system 220 may dynamically reduce or withdraw power delivery to one or more computing systems (100 of FIG. 2) to meet the dictate. Datacenter control system 220 may controllably provide three-phase nominal AC voltage to a smaller subset of computing systems (100 of FIG. 2) to reduce power consumption. Datacenter control system 220 may dynamically reduce the power consumption of one or more computing systems (100 of FIG. 2) by reducing their operating frequency or forcing them into a lower power mode through a network directive.

One of ordinary skill in the art will recognize that datacenter control system 220 may be configured to have a number of different configurations, such as a number or type or kind of computing systems (100 of FIG. 2) that may be powered, and in what operating mode, that correspond to a number of different ranges of sufficient and available unutilized behind-the-meter power availability. As such, datacenter control system 220 may modulate power delivery over a variety of ranges of sufficient and available unutilized behind-the-meter power availability.

FIG. 5 shows a control distribution of a fleet 500 of flexible datacenters 200 in accordance with one or more embodiments of the present invention. The control distribution of a flexible datacenter 200 shown and described with respect to FIG. 4 may be extended to a fleet 500 of flexible datacenters 200. For example, a first local station (not independently illustrated), such as, for example, a wind farm (not shown), may include a first plurality 510 of flexible datacenters 200a through 200d, which may be collocated or distributed across the local station (not shown). A second local station (not independently illustrated), such as, for example, another wind farm or a solar farm (not shown), may include a second plurality 520 of flexible datacenters 200e through 200h, which may be collocated or distributed across the local station (not shown). One of ordinary skill in the art will recognize that the number of flexible datacenters 200 deployed at a given station and the number of stations within the fleet may vary based on an application or design in accordance with one or more embodiments of the present invention.

Remote master control system 420 may provide supervisory control over fleet 500 of flexible datacenters 200 in a similar manner to that shown and described with respect to FIG. 4, with the added flexibility to make high level decisions with respect to fleet 500 that may be counterintuitive to a given station. Remote master control system 420 may make decisions regarding the issuance of operational directives to a given local station based on, for example, the status of each local station where flexible datacenters 200 are deployed, the workload distributed across fleet 500, and the expected computational demand required for the expected workload. In addition, remote master control system 420 may shift workloads from a first plurality 510 of flexible datacenters 200 to a second plurality 520 of flexible datacenters 200 for any reason, including, for example, a loss of unutilized behind-the-meter power availability at one local station and the availability of unutilized behind-the-meter power at another local station.

FIG. 6 shows a flexible datacenter 200 powered by one or more wind turbines 610 in accordance with one or more embodiments of the present invention. A wind farm 600 typically includes a plurality of wind turbines 610, each of which intermittently generates a wind-generated AC voltage. The wind-generated AC voltage may vary based on a type, kind, or configuration of farm 600, turbine 610, and incident wind speed. The wind-generated AC voltage is typically input into a turbine AC-to-AC step-up transformer (not shown) that is disposed within the nacelle (not independently illustrated) or at the base of the mast (not independently illustrated) of turbine 610. The turbine AC-to-AC step up transformer (not shown) outputs three-phase wind-generated AC voltage 620. Three-phase wind-generated AC voltage 620 produced by the plurality of wind turbines 610 is collected 625 and provided 630 to another AC-to-AC step-up transformer 640 that steps up three-phase wind-generated AC voltage 620 to three-phase grid AC voltage 650 suitable for delivery to grid 660. Three-phase grid AC voltage 650 may be stepped down with an AC-to-AC step-down transformer 670 configured to produce three-phase local station AC voltage 680 provided to local station 690. One of ordinary skill in the art will recognize that the actual voltage levels may vary based on the type, kind, or number of wind turbines 610, the configuration or design of wind farm 600, and grid. 660 that it feeds into.

The output side of AC-to-AC step-up transformer 640 that connects to grid 660 may be metered and is typically subject to transmission and distribution costs. In contrast, power consumed on the input side of AC-to-AC step-up transformer 640 may be considered "behind-the-meter" and is typically not subject to transmission and distribution costs. As such, one or more flexible datacenters 200 may be powered by three-phase wind-generated AC voltage 620. Specifically, in wind farm 600 applications, the three-phase behind-the-meter AC voltage used to power flexible datacenter 200 may be three-phase wind-generated AC voltage 620. As such, flexible datacenter 200 may reside behind-the-meter, avoid transmission and distribution costs, and may be dynamically powered when unutilized behind-the-meter power is available.

Unutilized behind-the-meter power availability may occur when there is excess local power generation. In high wind conditions, wind farm 600 may generate more power than, for example, AC-to-AC step-up transformer 640 is rated for. In such situations, wind farm 600 may have to take steps to protect its equipment from damage, which may include taking one or more turbines 610 offline or shunting their voltage to dummy loads or ground. Advantageously, one or more flexible datacenters 200 may be used to consume power on the input side of AC-to-AC step-up transformer 640, thereby allowing wind farm 600 to operate equipment within operating ranges while flexible datacenter

US 11,016,553 B2

15

200 receives behind-the-meter power without transmission or distribution costs. The local station control system (not independently illustrated) of local station **690** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of FIG. **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote mater control system (**420** of FIG. **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

Another example of unutilized behind-the-meter power availability is when grid **660** cannot, for whatever reason, take the power being produced by wind farm **600**. In such situations, wind farm **600** may have to take one or more turbines **610** offline or shunt their voltage to dummy loads or ground. Advantageously, one or more flexible datacenters **200** may be used to consume power on the input side of AC-to-AC step-up transformer **640**, thereby allowing wind farm **600** to either produce power to grid **660** at a lower level or shut down transformer **640** entirely while flexible datacenter **200** receives behind-the-meter power without transmission or distribution costs. The local station control system (not independently illustrated) of local station **690** or the grid operator (not independently illustrated) of grid **660** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of FIG. **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote master control system (**420** of FIG. **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

Another example of unutilized behind-the-meter power availability is when wind farm **600** is selling power to grid **660** at a negative price that is offset by a production tax credit. In certain circumstances, the value of the production tax credit may exceed the price wind farm **600** would have to pay to grid **660** to offload their generated power. Advantageously, one or more flexible datacenters **200** may be used to consume power behind-the-meter, thereby allowing wind farm **600** to produce and obtain the production tax credit, but sell less power to grid **660** at the negative price. The local station control system (not independently illustrated) of local station **690** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of FIG. **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenter **200**, the remote master control system (**420** of FIG. **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

Another example of unutilized behind-the-meter power availability is when wind farm **600** is selling power to grid **660** at a negative price because grid **660** is oversupplied or is instructed to stand down and stop producing altogether. The grid operator (not independently illustrated) may select certain power generation stations to go offline and stop producing power to grid **660**. Advantageously, one or more flexible datacenters **200** may be used to consume power behind-the-meter, thereby allowing wind farm **600** to stop producing power to grid **660**, but making productive use of the power generated behind-the-meter without transmission or distribution costs. The local station control system (not

16

independently illustrated) of the local station **690** or the grid operator (not independently illustrated) of grid **660** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of FIG. **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote master control system (**420** of FIG. **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

Another example of unutilized behind-the-meter power availability is when wind farm **600** is producing power to grid **660** that is unstable, out of phase, or at the wrong frequency, or grid **660** is already unstable, out of phase, or at the wrong frequency for whatever reason. The grid operator (not independently illustrated) may select certain power generation stations to go offline and stop producing power to grid **660**. Advantageously, one or more flexible datacenters **200** may be used to consume power behind-the-meter, thereby allowing wind farm **600** to stop producing power to grid **660**, but make productive use of the power generated behind-the-meter without transmission or distribution costs. The local station control system (not independently illustrated) of local station **690** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of FIG. **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote master control system (**420** of FIG. **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

Further examples of unutilized behind-the-meter power availability is when wind farm **600** experiences low wind conditions that make it not economically feasible to power up certain components, such as, for example, the local station (not independently illustrated), but there may be sufficient behind-the-meter power availability to power one or more flexible datacenters **200**. Similarly, unutilized behind-the-meter power availability may occur when wind farm **600** is starting up, or testing, one or more turbines **610**. Turbines **610** are frequently offline for installation, maintenance, and service and must be tested prior to coming online as part of the array. One or more flexible datacenters **200** may be powered by one or more turbines **610** that are offline from farm **600**. The above-noted examples of when unutilized behind-the-meter power is available are merely exemplary and are not intended to limit the scope of what one of ordinary skill in the art would recognize as unutilized behind-the-meter power availability. Unutilized behind-the-meter power availability may occur anytime there is power available and accessible behind-the-meter that is not subject to transmission and distribution costs and there is an economic advantage to using it.

One of ordinary skill in the art will recognize that wind farm **600** and wind turbine **610** may vary based on an application or design in accordance with one or more embodiments of the present invention.

FIG. **7** shows a flexible datacenter **200** powered by one or more solar panels **710** in accordance with one or more embodiments of the present invention. A solar farm **700** typically includes a plurality of solar panels **710**, each of which intermittently generates a solar-generated DC voltage **720**. Solar-generated DC voltage **720** may vary based on a type, kind, or configuration of farm **700**, panel **710**, and

US 11,016,553 B2

17

18

incident sunlight. Solar-generated DC voltage **720** produced by the plurality of solar panels **710** is collected **725** and provided **730** to a DC-to-AC inverter **740** that converts solar-generated DC voltage into three-phase solar-generated AC voltage **750**. Three-phase solar-generated AC voltage **750** is provided to an AC-to-AC step-up transformer **760** that steps up three-phase solar-generated AC voltage to three-phase grid AC voltage **790**. Three-phase grid AC voltage **790** may be stepped down with an AC-to-AC step-down transformer **785** configured to produce three-phase local station AC voltage **777** provided to local station **775**. One of ordinary skill in the art will recognize that the actual voltage levels may vary based on the type, kind, or number of solar panels **710**, the configuration or design of solar farm **700**, and grid **790** that it feeds into.

The output side of AC-to-AC step-up transformer **760** that connects to grid **790** may be metered and is typically subject to transmission and distribution costs. In contrast, power consumed on the input side of AC-to-AC step-up transformer **760** may be considered behind-the-meter and is typically not subject to transmission and distribution costs. As such, one or more flexible datacenters **200** may be powered by three-phase solar-generated AC voltage **750**. Specifically, in solar farm **700** applications, the three-phase behind-the-meter AC voltage used to power flexible datacenter **200** may be three-phase solar-generated AC voltage **750**. As such, flexible datacenter **200** may reside behind-the-meter, avoid transmission and distribution costs, and may be dynamically powered when unutilized behind-the-meter power is available. In some embodiments, the solar farm **700** may provide DC power directly to flexible datacenter **200** without a conversion to AC via the DC-to-AC inverter **740**.

Unutilized behind-the-meter power availability may occur when there is excess local power generation. In high incident sunlight situations, solar farm **700** may generate more power than, for example, AC-to-AC step-up transformer **760** is rated for. In such situations, solar farm **700** may have to take steps to protect its equipment from damage, which may include taking one or more panels **710** offline or shunting their voltage to dummy loads or ground. Advantageously, one or more flexible datacenters **200** may be used to consume power on the input side of AC-to-AC step-up transformer **760**, thereby allowing solar farm **700** to operate equipment within operating ranges while flexible datacenter **200** receives behind-the-meter power without transmission or distribution costs. The local station control system (not independently illustrated) of local station **775** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of FIG. **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote mater control system (**420** of FIG. **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

Another example of unutilized behind-the-meter power availability is when grid **790** cannot, for whatever reason, take the power being produced by solar farm **700**. In such situations, solar farm **700** may have to take one or more panels **710** offline or shunt their voltage to dummy loads or ground. Advantageously, one or more flexible datacenters **200** may be used to consume power on the input side of AC-to-AC step-up transformer **760**, thereby allowing solar farm **700** to either produce power to grid **790** at a lower level or shut down transformer **760** entirely while flexible data-

center **200** receives behind-the-meter power without transmission or distribution costs. The local station control system (not independently illustrated) of local station **775** or the grid operator (not independently illustrated) of grid **790** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of FIG. **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote master control system (**420** of FIG. **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

Another example of unutilized behind-the-meter power availability is when solar farm **700** is selling power to grid **790** at a negative price that is offset by a production tax credit. In certain circumstances, the value of the production tax credit may exceed the price solar farm **700** would have to pay to grid **790** to offload their generated power. Advantageously, one or more flexible datacenters **200** may be used to consume power behind-the-meter, thereby allowing solar farm **700** to produce and obtain the production tax credit, but sell less power to grid **790** at the negative price. The local station control system (not independently illustrated) of local station **775** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of FIG. **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote master control system (**420** of FIG. **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

Another example of unutilized behind-the-meter power availability is when solar farm **700** is selling power to grid **790** at a negative price because grid **790** is oversupplied or is instructed to stand down and stop producing altogether. The grid operator (not independently illustrated) may select certain power generation stations to go offline and stop producing power to grid **790**. Advantageously, one or more flexible datacenters **200** may be used to consume power behind-the-meter, thereby allowing solar farm **700** to stop producing power to grid **790**, but making productive use of the power generated behind-the-meter without transmission or distribution costs. The local station control system (not independently illustrated) of the local station **775** or the grid operator (not independently illustrated) of grid **790** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of FIG. **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote master control system (**420** of FIG. **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

Another example of unutilized behind-the-meter power availability is when solar farm **700** is producing power to grid **790** that is unstable, out of phase, or at the wrong frequency, or grid **790** is already unstable, out of phase, or at the wrong frequency for whatever reason. The grid operator (not independently illustrated) may select certain power generation stations to go offline and stop producing power to grid **790**. Advantageously, one or more flexible datacenters **200** may be used to consume power behind-the-meter, thereby allowing solar farm **700** to stop producing power to grid **790**, but make productive use of the power

US 11,016,553 B2

19                                                                      20

generated behind-the-meter without transmission or distribution costs. The local station control system (not independently illustrated) of local station **775** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of FIG. **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote master control system (**420** of FIG. **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

Further examples of unutilized behind-the-meter power availability is when solar farm **700** experiences intermittent cloud cover such that it is not economically feasible to power up certain components, such as, for example local station **775**, but there may be sufficient behind-the-meter power availability to power one or more flexible datacenters **200**. Similarly, unutilized behind-the-meter power availability may occur when solar farm **700** is starting up, or testing, one or more panels **710**. Panels **710** are frequently offline for installation, maintenance, and service and must be tested prior to coming online as part of the array. One or more flexible datacenters **200** may be powered by one or more panels **710** that are offline from farm **700**. The above-noted examples of when unutilized behind-the-meter power is available are merely exemplary and are not intended to limit the scope of what one of ordinary skill in the art would recognize as unutilized behind-the-meter power availability. Behind-the-meter power availability may occur anytime there is power available and accessible behind-the-meter that is not subject to transmission and distribution costs and there is an economic advantage to using it.

One of ordinary skill in the art will recognize that solar farm **700** and solar panel **710** may vary based on an application or design in accordance with one or more embodiments of the present invention.

FIG. **8** shows a flexible datacenter **200** powered by flare gas **800** in accordance with one or more embodiments of the present invention. Flare gas **800** is combustible gas produced as a product or by-product of petroleum refineries, chemical plants, natural gas processing plants, oil and gas drilling rigs, and oil and gas production facilities. Flare gas **800** is typically burned off through a flare stack (not shown) or vented into the air. In one or more embodiments of the present invention, flare gas **800** may be diverted **812** to a gas-powered generator that produces three-phase gas-generated AC voltage **822**. This power may be considered behind-the-meter and is not subject to transmission and distribution costs. As such, one or more flexible datacenters **200** may be powered by three-phase gas-generated AC voltage. Specifically, the three-phase behind-the-meter AC voltage used to power flexible datacenter **200** may be three-phase gas-generated AC voltage **822**. Accordingly, flexible datacenter **200** may reside behind-the-meter, avoid transmission and distribution costs, and may be dynamically powered when unutilized behind-the-meter power is available.

FIG. **9A** shows a method of dynamic power delivery to a flexible datacenter (**200** of FIG. **2**) using behind-the-meter power **900** in accordance with one or more embodiments of the present invention. In step **910**, the datacenter control system (**220** of FIG. **4**), or the remote master control system (**420** of FIG. **4**), may monitor behind-the-meter power availability. In certain embodiments, monitoring may include receiving information or an operational directive from the local station control system (**410** of FIG. **4**) or the grid operator (**440** of FIG. **4**) corresponding to behind-the-meter power availability.

In step **920**, the datacenter control system (**220** of FIG. **4**), or the remote master control system (**420** of FIG. **4**), may determine when a datacenter ramp-up condition is met. In certain embodiments, the datacenter ramp-up condition may be met when there is sufficient behind-the-meter power availability and there is no operational directive from the local station to go offline or reduce power. In step **930**, the datacenter control system (**220** of FIG. **4**) may enable behind-the-meter power delivery to one or more computing systems (**100** of FIG. **2**). In step **940**, once ramped-up, the datacenter control system (**220** of FIG. **4**) or the remote master control system (**420** of FIG. **4**) may direct one or more computing systems (**100** of FIG. **2**) to perform predetermined computational operations. In certain embodiments, the predetermined computational operations may include the execution of one or more hashing functions.

While operational, the datacenter control system (**220** of FIG. **4**), or the remote master control system (**420** of FIG. **4**), may receive an operational directive to modulate power consumption. In certain embodiments, the operational directive may be a directive to reduce power consumption. In such embodiments, the datacenter control system (**220** of FIG. **4**) or the remote master control system (**420** of FIG. **4**) may dynamically reduce power delivery to one or more computing systems (**100** of FIG. **2**) or dynamically reduce power consumption of one or more computing systems. In other embodiments, the operational directive may be a directive to provide a power factor correction factor. In such embodiments, the datacenter control system (**220** of FIG. **4**) or the remote master control system (**420** of FIG. **4**) may dynamically adjust power delivery to one or more computing systems (**100** of FIG. **2**) to achieve a desired power factor correction factor. In still other embodiments, the operational directive may be a directive to go offline or power down. In such embodiments, the datacenter control system (**220** of FIG. **4**) may disable power delivery to one or more computing systems (**100** of FIG. **2**).

As such, FIG. **9B** shows a method of dynamic power delivery to a flexible datacenter (**200** of FIG. **2**) using behind-the-meter power **950** in accordance with one or more embodiments of the present invention. In step **960**, the datacenter control system (**220** of FIG. **4**), or the remote master control system (**420** of FIG. **4**), may monitor behind-the-meter power availability. In certain embodiments, monitoring may include receiving information or an operational directive from the local station control system (**410** of FIG. **4**) or the grid operator (**440** of FIG. **4**) corresponding to behind-the-meter power availability.

In step **970**, the datacenter control system (**220** of FIG. **4**), or the remote master control system (**420** of FIG. **4**), may determine when a datacenter ramp-down condition is met. In certain embodiments, the datacenter ramp-down condition may be met when there is insufficient behind-the-meter power availability or anticipated to be insufficient behind-the-meter power availability or there is an operational directive from the local station to go offline or reduce power. In step **980**, the datacenter control system (**220** of FIG. **4**) may disable behind-the-meter power delivery to one or more computing systems (**100** of FIG. **2**). In step **990**, once ramped-down, the datacenter control system (**220** of FIG. **4**) remains powered and in communication with the remote master control system (**420** of FIG. **4**) so that it may dynamically power the flexible datacenter (**200** of FIG. **2**) when conditions change.

US 11,016,553 B2

21

One of ordinary skill in the art will recognize that a datacenter control system (**220** of FIG. **4**) may dynamically modulate power delivery to one or more computing systems (**100** of FIG. **2**) of a flexible datacenter (**200** of FIG. **2**) based on behind-the-meter power availability or an operational directive. The flexible datacenter (**200** of FIG. **2**) may transition between a fully powered down state (while the datacenter control system remains powered), a fully powered up state, and various intermediate states in between. In addition, flexible datacenter (**200** of FIG. **2**) may have a blackout state, where all power consumption, including that of the control distribution system (**220** of FIG. **4**) is halted. However, once the flexible datacenter (**200** of FIG. **2**) enters the blackout state, it will have to be manually rebooted to restore power to datacenter control system (**220** of FIG. **4**). Local station conditions or operational directives may cause flexible datacenter (**200** of FIG. **2**) to ramp-up, reduce power consumption, change power factor, or ramp-down.

Operations related to a distributed power control system will now be described in greater detail. In particular, such operations will be described with respect to FIG. **10**, which shows a distributed power control system **1000** in accordance with one or more embodiments of the present invention. The distributed power control system **1000** is similar to the control distribution scheme **400** illustrated in FIG. **4**, with the addition of a behind-the-meter power source **1002**, as well as the plurality of computing systems **100** of the flexible datacenter **200** described above. Components and aspects illustrated and/or described in FIG. **10** that are similar or the same as components or aspects illustrated and/or described in FIG. **4** (or any other Figure in which a component shown in FIG. **10** is also illustrated) can have the same characteristics as previously illustrated and/or described, or, in some embodiments, could have different characteristics.

The behind-the-meter power source **1002** can take the form of any one or more components related to behind-the-meter power generation discussed above. For example, the behind-the-meter power source **1002** can include one or more wind turbines (e.g., wind turbines **610**) of a wind farm (e.g., wind farm **600**) and associated collectors or transformers. Other sources of behind-the-meter power are possible as well, such as one or more solar panels **710**. As shown, the behind-the-meter power source **1002** can have a connection **1004** with the local station control system **410**, a connection **1006** with the behind-the-meter power input system **210** of the flexible datacenter **200**, and a connection **1008** with the remote master control system **420**. Any one or more of these connections can be networked connections or hardwired connections. In alternative embodiments, the behind-the-meter power source **1002** can have more or less connections than those shown in FIG. **10** (For example, the behind-the-meter power source **1002** could have a connection (not shown) with the grid operator **440**).

Also shown in FIG. **10** is a connection **1010** between the computing systems **100** and the datacenter control system **220**, as well as a connection **1012** between the computing systems **100** and the behind-the-meter power input system **210**.

Further, FIG. **10** shows a connection **1014** between the grid operator **440** and the remote master control system **420**, as well as a connection **1016** between the grid operator **440** and the datacenter control system **220**.

More or less connections between any two or more components shown in FIG. **10** are possible.

Any communication (e.g., electronic signals, power, etc.) described below as being between two or more components

22

of the distributed power control system **1000** can occur over any one or more of the connections shown in FIG. **10**. For example, a signal transmitted from the local station control system **410** to the datacenter control system **220** could be transmitted directly over connection **415**. Additionally or alternatively, the same signal could be transmitted via the remote master control system **420** over connection **430** and connection **425**. Other examples are possible as well.

In line with the discussion above, the behind-the-meter input system **210** can receive power from the behind-the-meter power source **1002** and deliver power to the computing systems **100** in order to power the computing systems **100**. Further, the computing systems **100** can receive instructions, such as those for performing computational operations, from the datacenter control system **220**. Still further, the datacenter control system **220** can be configured to control the computing systems **100** and the behind-the-meter power input system **210**.

The remote master control system **420** can manage resources, such as power and data, related to the distributed power control system **1000** and can manage operations or data associated with any one or more of the components shown in FIG. **10**, such as the datacenter control system **220** and/or the behind-the-meter power source **1002**. The remote master control system **420** can be located at the site of the flexible datacenter **200** or at a site associated with an enterprise that controls the remote master control system **420**. Additionally or alternatively, the remote master control system **420** can be a cloud-based computing system. Further, the remote master control system **420** can be configured to issue instructions (e.g., directives) to the flexible datacenter **200** (e.g., to the datacenter control system **220**) that affect an amount of behind-the-meter power consumed by the flexible datacenter **200**.

The local station control system **410** can be configured to at least partially control the behind-the-meter power source **1002**. Additionally or alternatively, the behind-the-meter power source **1002** can be controlled at least in part by the remote master control system **420**. The local station control system **410** can be located at the site of the behind-the-meter power source **1002** or elsewhere. The local station control system **410** can be operated independently from the remote master control system **420**. That is, the two control systems can be operated by different entities (e.g., enterprises or individuals). In some embodiments, little or no communication can occur between the local station control system **410** and the remote master control system **420**.

As discussed above, there may be scenarios in which it may be desirable for the local station control system **410** to be able to communicate with the flexible datacenter **200**. The distributed power control system **1000** shown in FIG. **10** can facilitate operations along these lines. The following operations will be discussed primarily with respect to ramp-down power consumption scenarios. However, it should be understood that operations and directives related to ramp-up power consumption or other management of power consumption by the flexible datacenter **200** are possible as well, in addition to or alternative to ramp-down scenarios.

For any one or more reasons, it may be desirable for the local station control system **410** to direct the flexible datacenter **200** to modulate its power consumption (e.g., by ramping down, ramping up, or otherwise making an adjustment affecting power consumption by the flexible datacenter **200**). For example, if there is insufficient available behind-the-meter power, and/or an emergency related to the behind-the-meter power source **1002** (e.g., a fire, or a bird flying into or proximate to a wind turbine), the local station control

US 11,016,553 B2

23

system **410** can send, to the datacenter control system **220**, and thus the datacenter control system **220** can receive—from the local station control system **410** directly and/or via the remote master control system **420**—a first operational directive for the flexible datacenter **200** to ramp-down power consumption. In response to receiving the first operational directive, the datacenter control system **220** can cause (e.g., issue instructions to) the computing systems **100** of the flexible datacenter **200** to perform a first set of predetermined operations correlated with the first operational directive. Particularly, the first set of predetermined operations can include any one or more predetermined operations that result in reduced consumption of the behind-the-meter power by one or more of the computing systems **100**. Examples of such predetermined operations will be described in more detail below.

Hereinafter, for brevity's sake, reference to actions performed with respect to "the computing systems **100**," such as causing the computing systems **100** to perform the first set of predetermined operations, reducing behind-the-meter power consumption, etc., means that such actions can be performed with respect to any one or more of the computing systems **100**. For example, the flexible datacenter **200** can cause one computing system, all of the computing systems **100**, or any number in between, to perform the first set of predetermined operations, such as reducing power consumption and/or turning off.

To facilitate the act of causing the performance of the first set of predetermined operations, for example, the datacenter control system **220** (and/or the computing systems **100**) can have access to memory that stores reference data (e.g., a reference table) that correlates respective conditions with a respective set of predetermined operations. Thus, upon receipt of the first operational directive, the datacenter control system **220** can refer to the reference data to look up which set of predetermined operations the computing systems **100** should perform (that is, which set is correlated to the first operational directive that is received), and then responsively instruct the computing systems **100** to perform the appropriate set of predetermined operations. Additionally or alternatively, the act of instructing the computing systems **100** in this manner can involve instructing the computing systems **100** to refer to the reference data in order to determine which set of predetermined operations to perform and then performing that set of predetermined operations.

In the embodiments discussed above or in alternative embodiments, the grid operator **440**, in addition to or alternative to the local station control system **410**, could issue the directive to datacenter control system **220**. For example, the grid operator **440** can directly send the first operational directive to the datacenter control system **220** via connection **1016**. Additionally or alternatively, the grid operator **440** can send the first operational directive to the remote master control system **420** via connection **1014**, which can in turn send the first operational directive to the datacenter control system **220**.

As noted above, the reason for directing the flexible datacenter **200** to ramp-down power consumption can be that there has been a reduced generation of behind-the-meter power by the behind-the-meter power source **1002**, which can occur for any number of reasons such as those described herein. As such, the first operational directive can be associated with a reduced power generation condition of the behind-the-meter power source. The reduced power generation condition can be associated with a current or expected reduction in available behind-the-meter power below a

24

predetermined availability level. For example, if the amount of available behind-the-meter power has dropped below a predetermined availability level (e.g., 10 megawatts (MW)) or is expected (e.g., predicted using any forecasting algorithm or technique employed by the local station control system **410** or other device) to fall below the predetermined availability level (e.g., currently at 20 MW, and forecasted to drop below 10 MW), the local station control system **410** can direct the datacenter control system **220** to ramp-down power consumption by the flexible datacenter **200**. Additionally or alternatively, a ramp-down condition could be detected if the current or expected extent of reduction of available behind-the-meter power exceeds a predetermined amount (e.g., a drop of 10 MW). Additionally or alternatively, a ramp-down condition could take any of the other forms discussed above.

It should be understood that the reason for directing the flexible datacenter **200** to ramp-down power consumption can relate to behind-the-meter power availability, but can be a reason different from a current or expected reduction in available behind-the-meter power. Further, it should be understood that other conditions could be taken into consideration in addition to or alternative to conditions related to power availability, such as economic conditions.

As further noted above, performance of the first set of predetermined operations can result in the computing systems **100** reducing consumption of behind-the-meter power. In some scenarios, it may be desirable for the computing systems **100** to quickly (e.g., as soon as possible, and/or within a predetermined period of time) stop performing any computational operation that the computing systems **100** are currently performing, and perhaps also to quickly turn off and disconnect from any network(s) to which the computing systems **100** can be connected. In these scenarios, the first set of predetermined operations could include turning off the computing systems **100**, and perhaps also for the computing systems **100** to disconnect form any network(s) to which the computing systems **100** are connected. Other predetermined operations are possible as well.

However, in other scenarios, it may be desirable and feasible to more slowly ramp down power consumption. As such, the first set of predetermined operations could include computational operations that can result in a more gradual ramp-down of power consumption by the computing systems **100**.

For example, the first set of predetermined operations can include reducing a computational speed of the computing systems **100**. More particularly, the first set of predetermined operations can include reducing a computational speed of the computing systems **100** to be at a predetermined rate.

Additionally or alternatively, as another example, the first set of predetermined operations can include the computing systems **100** (i) completing one or more computational tasks (e.g., blockchain hashing functions or other data processing related to or unrelated to blockchain) that the computing systems **100** are currently performing or scheduled to perform and (ii) ramp-down power consumption and enter into a reduced-power state of operation. As a more particular example, the first set of predetermined operations can include the computing systems **100** completing the one or more computational tasks within a period of time (e.g., ten minutes). The period of time can be determined by the datacenter control system **220**, specified by the local station control system **410** in the first operational directive, or otherwise conveyed to the datacenter control system **220** to in turn convey to the computing systems **100**. Further, the period of time can vary depending on the condition that

US 11,016,553 B2

25

triggers the first operational directive to be sent. If there is an emergency where the available behind-the-meter power has dropped below a particular threshold or the extent of reduction exceeds a particular extent, the period of time may be shorter (e.g., two minutes) than in other scenarios in which it is feasible to take more time to complete computational tasks.

Additionally or alternatively, as another example, the first set of predetermined operations can include the computing systems **100** completing less than an entirety of any one or more of the one or more computational tasks that the computing systems **100** are currently performing or scheduled to perform. In particular, the first set of predetermined operations can include the computing systems **100**, before a given computational task has been completed, (i) completing a portion of the computational task, (ii) communicating to the datacenter control system **220** a result or results of the completed portion of the computational task, and then (iii) ramp-down power consumption and enter into a reduced-power state of operation. In some embodiments, this example predetermined operation can involve the computing systems **100** determining a point (or reaching a predetermined point specified by the first operational directive or by a command from the datacenter control system **220**) where the computing systems **100** can stop performing the computational task and then completing the computational task up to that point. For instance, if the computing systems **100** has a certain amount of data to process, the computing systems **100** can stop after half of the data has been processed and send the processed data to the datacenter control system **220**. Additionally or alternatively, this example predetermined operation can involve the computing systems **100** communicating, along with the result of the completed portion of the computational task, an indication of the stopping point, so that the computational task can be resumed by the same computing system(s) or different computing system(s) at the stopping point. Other variations of this example predetermined operation are possible as well.

Additionally or alternatively, as another example, the first set of predetermined operations can include the computing systems **100** reducing a load factor or other factor that defines an extent of energy usage by the computing systems **100**, thereby reducing power consumption. For example, the first set of predetermined operations can include having the computing systems **100** reduce a load factor to a predetermined load factor, such as reducing to a 50% load.

The first set of predetermined operations can include other operations as well, such as any of the operations described with respect to other Figures herein in relation to ramp-down conditions.

As noted above, in some embodiments, the first set of predetermined operations can be selected based on other power-related decisions. For example, if there are ten computing systems at the flexible datacenter **200** and a 10% decrease in power consumption is desired, the datacenter control system **220** can either (i) cause one of the ten computing systems to turn off and stop consuming power or (ii) cause each of the ten computing systems to reduce its respective power consumption by 10%. Thus, performance of the first set of predetermined operations can at times result in one or more (but possibly not all) of the computing systems **100** being turned off to achieve a desired power consumption reduction, or can result in all of the computing systems **100** reducing its respective power consumption by a predetermined amount, which could be specified by the

26

first operational directive or dynamically determined by the datacenter control system **220** in response to receiving the first operational directive.

In some embodiments, the datacenter control system **220** can perform other operations in response to receiving the first operational directive. For example, the datacenter control system **220** can cause the behind-the-meter power input system **210** to reduce the power delivered to the computing systems **100**. This reduction by the behind-the-meter power input system **210** can be performed before performance, during performance, or after performance of the first set of predetermined operations by the computing systems **100**. Thus, two different forms of power control can be advantageously employed: controlling the computing systems **100** to reduce the amount of power that the computing systems **100** pull, and controlling the behind-the-meter power input system **210** to push less power to the computing systems **100**.

At some point before, during, or after the datacenter control system **220** receives the first operational directive and causes the computing systems **100** to perform the first set of predetermined operations, the datacenter control system **220** can receive—from the local station control system **410** directly and/or via the remote master control system **420**—a second operational directive. The second operational directive can be in some way associated with an existing or anticipated situation in which ramping up power consumption by the flexible datacenter **200** would be desirable or would not likely have a negative impact. In some embodiments, the second operational directive can be associated with a non-reduced power generation condition of the behind-the-meter power source **1002**. For example, the non-reduced power generation condition could indicate that there is a current or expected increase in available behind-the-meter power above a predetermined availability level. The non-reduced power generation condition could take additional or alternative forms as well. (For instance, the flexible datacenter **200** might not ramp-up power consumption even if there is an increase or an excess of available behind-the-meter power.) Additionally or alternatively, conditions other than non-reduced power conditions could in some way contribute to the second operational directive being sent to the datacenter control system **220**.

In any event, the second operational directive can be an operational directive that indicates to the flexible datacenter **200** that the flexible datacenter **200** is permitted to ramp-up power consumption. In some embodiments, the flexible datacenter **200** might be configured such that it cannot ramp-up power consumption by the computing systems **100** the flexible datacenter **200** without permission from the local station control system **410**, although in other embodiments, the flexible datacenter **200** might not be configured in this way.

Furthermore, the datacenter control system **220** can be configured such that, upon or after receipt of the second operational directive (and, in some embodiments, in response to the received second operational directive indicating that permission is granted to ramp-up power consumption), the datacenter control system **220** can determine whether a ramp-up condition exists, and, in response to determining that the ramp-up condition exists, the datacenter control system **220** can cause the computing systems **100** to perform a second set of predetermined operations correlated with the second operational directive.

The reason(s) for directing the flexible datacenter **200** to ramp-up power consumption can vary, and thus the ramp-up condition could take various forms, such as any of the

US 11,016,553 B2

27

ramp-up conditions discussed above (e.g., when there is an excess of available behind-the-meter power). In some scenarios, however, the reason for directing the flexible datacenter 200 to ramp-up power consumption can be something other than there being an excess of available behind-the-meter power. For instance, there could be one or more economic-driven reasons for doing so, and in that scenario, the local station control system 410 and/or the remote master control system 420 could direct the flexible datacenter to ramp-up power consumption, or at least notify the flexible datacenter 200 that ramping up power consumption is permitted.

In some embodiments, the datacenter control system 220 causing the computing systems 100 to perform the second set of predetermined operations can result in increased consumption of the behind-the-meter power by the computing systems 100.

For example, the second set of predetermined operations can include increasing the computational speed of the computing systems 100. More particularly, the second set of predetermined operations can include increasing a computational speed of the computing systems 100 to be at a predetermined rate.

As another example, the second set of predetermined operations can include turning on the computing systems 100, connecting to a server or servers, resuming one or more computational tasks (e.g., at a previously-identified stopping point), beginning performance of one or more computational tasks, and/or other possible operations including, but not limited to, any of the operations described with respect to other Figures herein in relation to ramp-up conditions.

In some scenarios, despite some conditions being present where ramping up power consumption could be appropriate, it might not be desirable to ramp up power consumption even if those conditions are present. For example, the local station control system 410 (and/or the remote master control system 420) could determine that, over a recent period of time, there have been fluctuations in available behind-the-meter power (e.g., fluctuations that exceed a predetermined threshold) and/or a combination of ramp-up and ramp-down operations that were performed by the computing systems 100. As such, the second set of predetermined operations can include the computing systems 100 continuing performance of operations in which the computing systems 100 are currently engaged. In alternative embodiments, the datacenter control system 220 could determine that the flexible datacenter 200 should not ramp up power consumption and, instead of causing the computing systems 100 to perform operations, responsively take no special action with respect to the computing systems 100.

In some embodiments, the datacenter control system 220 can perform other operations in response to receiving the second operational directive. For example, the datacenter control system 220 can cause the behind-the-meter power input system 210 to increase the power delivered to the computing systems 100. This increase by the behind-the-meter power input system 210 can be performed before performance, during performance, or after performance of the second set of predetermined operations by the computing systems 100.

Embodiments discussed above primarily relate to the local station control system 410 issuing directives to the flexible datacenter 200 to modulate the flexible datacenter's power consumption. Additionally or alternatively, in some scenarios, it could be desirable for the remote master control system 420 itself to be able to monitor for the presence of any one or more of a variety of conditions and responsively

28

issue such directives to the flexible datacenter 200. One reason as to why this can be desirable is due to how the local station control system 410 and the remote master control system 420 can be operated independently by different entities. Thus, for the purposes of power control, configuring a component of the distributed power control system 1000 that is operated by or otherwise associated with one entity (e.g., an enterprise), such as the remote master control system 420, to monitor conditions and issue directives to the flexible datacenter 200 can reduce or eliminate a dependence on components that are operated by or otherwise associated with another entity (e.g., a different enterprise).

As an example, there could be a scenario in which the remote master control system 420 is configured in such a manner in which it detects that the behind-the-meter power source 1002 is experiencing a reduced power generation condition, unfavorable economic condition, or another type of monitored condition (such as any of those discussed above) requiring a ramp-down in power consumption by the flexible datacenter 200 before the local station control system 410 detects the condition. Thus, the remote master control system 420 can quickly take responsive action and issue a directive (e.g., the first operational directive) to the flexible datacenter 200 to cause the flexible datacenter 200 to ramp down. Additionally or alternatively, the remote master control system 420 might be configured use a predictive algorithm of other technique to predict when ramping down would be required in the future and can preemptively direct the flexible datacenter 200 to ramp down immediately or at a scheduled time. (It should be understood, however, that conversely, in some situations, the local station control system 410 might be able to react more quickly than a remote master control system 420 in directing a ramp-down. One example reason for this is that actions by the local station control system 410 might not require any routing through a remote master control system 420, and thus might not be limited by a potential delay or blocking action by the remote master control system 420. Thus, in such situations, it might be desirable to have the local station control system 410 issue directives to the flexible datacenter 200.)

For any one or more reasons, it may be desirable for the remote master control system 420 to direct the flexible datacenter 200 to modulate its power consumption (e.g., by ramping down, ramping up, or otherwise making an adjustment affecting power consumption by the flexible datacenter 200), such as if there is insufficient available behind-the-meter power, and/or an emergency related to the behind-the-meter power source 1002. The following operations will be discussed primarily with respect to ramp-down power consumption scenarios. However, it should be understood that operations and directives related to ramp-up power consumption or other management of power consumption by the flexible datacenter 200 are possible as well, in addition to or alternative to ramp-down scenarios.

In an example embodiment, the remote master control system 420 can determine that a reduced power generation condition has been met. In response to determining that the reduced power generation condition has been met, the remote master control system 420 can generate and send, to the datacenter control system 220 (and thus the datacenter control system 220 can receive from the remote master control system 420), a first operational directive for the flexible datacenter 200 to ramp-down power consumption. In response to receiving the first operational directive, the datacenter control system 220 can cause (e.g., issue instructions to) the computing systems 100 of the flexible datacen-

US 11,016,553 B2

29                                           30

ter **200** to perform a first set of predetermined operations correlated with the first operational directive. Particularly, the first set of predetermined operations can include any one or more predetermined operations that result in reduced consumption of the behind-the-meter power by one or more of the computing systems **100**. Examples of such predetermined operations will be described in more detail below.

As noted above, the reason for the remote master control system **420** directing the flexible datacenter **200** to ramp-down power consumption can be that there has been a reduced generation of behind-the-meter power by the behind-the-meter power source **1002**, which can occur for any number of reasons such as those described herein. As such, the first operational directive can be associated with a reduced power generation condition of the behind-the-meter power source. The reduced power generation condition can be associated with a current or expected reduction in available behind-the-meter power below a predetermined availability level. For example, if the amount of available behind-the-meter power has dropped below a predetermined availability level (e.g., 10 MW) or is expected (e.g., predicted using any forecasting algorithm or technique employed by the remote master control system **420**) to fall below the predetermined availability level (e.g., currently at 20 MW, and forecasted to drop below 10 MW), the remote master control system **420** can direct the datacenter control system **220** to ramp-down power consumption by the flexible datacenter **200**. Additionally or alternatively, a ramp-down condition could be detected if the current or expected extent of reduction of available behind-the-meter power exceeds a predetermined amount (e.g., a drop of 10 MW). Additionally or alternatively, a ramp-down condition could take any of the other forms discussed above.

It should be understood that the reason for directing the flexible datacenter **200** to ramp-down power consumption can relate to behind-the-meter power availability, but can be a reason different from a current or expected reduction in available behind-the-meter power. Further, it should be understood that other conditions could be taken into consideration in addition to or alternative to conditions related to power availability, such as economic conditions. (However, in some embodiments, the remote master control system **420** might only monitor behind-the-meter power availability conditions.)

As further noted above, performance of the first set of predetermined operations can result in the computing systems **100** reducing consumption of behind-the-meter power. In some scenarios, it may be desirable for the computing systems **100** to quickly (e.g., as soon as possible, and/or within a predetermined period of time) stop performing any computational operation that the computing systems **100** are currently performing, and perhaps also to quickly turn off and disconnect from any network(s) to which the computing systems **100** can be connected. In these scenarios, the first set of predetermined operations could include turning off the computing systems **100**, and perhaps also for the computing systems **100** to disconnect form any network(s) to which the computing systems **100** are connected. Other predetermined operations are possible as well.

However, in other scenarios, it may be desirable and feasible to more slowly ramp down power consumption. As such, the first set of predetermined operations could include computational operations that can result in a more gradual ramp-down of power consumption by the computing systems **100**.

For example, the first set of predetermined operations can include reducing a computational speed of the computing systems **100**. More particularly, the first set of predetermined operations can include reducing a computational speed of the computing systems **100** to be at a predetermined rate.

Additionally or alternatively, as another example, the first set of predetermined operations can include the computing systems **100** (i) completing one or more computational tasks (e.g., blockchain hashing functions or other data processing related to or unrelated to blockchain) that the computing systems **100** are currently performing or scheduled to perform and (ii) ramp-down power consumption and enter into a reduced-power state of operation. As a more particular example, the first set of predetermined operations can include the computing systems **100** completing the one or more computational tasks within a period of time (e.g., ten minutes). The period of time can be determined by the datacenter control system **220**, specified by the remote master control system **420** in the first operational directive, or otherwise conveyed to the datacenter control system **220** to in turn convey to the computing systems **100**. Further, the period of time can vary depending on the condition that triggers the first operational directive to be sent. If there is an emergency where the available behind-the-meter power has dropped below a particular threshold or the extent of reduction exceeds a particular extent, the period of time may be shorter (e.g., two minutes) than in other scenarios in which it is feasible to take more time to complete computational tasks.

Additionally or alternatively, as another example, the first set of predetermined operations can include the computing systems **100** completing less than an entirety of any one or more of the one or more computational tasks that the computing systems **100** are currently performing or scheduled to perform. In particular, the first set of predetermined operations can include the computing systems **100**, before a given computational task has been completed, (i) completing a portion of the computational task, (ii) communicating to the datacenter control system **220** a result or results of the completed portion of the computational task, and then (iii) ramp-down power consumption and enter into a reduced-power state of operation. In some embodiments, this example predetermined operation can involve the computing systems **100** determining a point (or reaching a predetermined point specified by the first operational directive or by a command from the datacenter control system **220**) where the computing systems **100** can stop performing the computational task and then completing the computational task up to that point. For instance, if the computing systems **100** has a certain amount of data to process, the computing systems **100** can stop after half of the data has been processed and send the processed data to the datacenter control system **220**. Additionally or alternatively, this example predetermined operation can involve the computing systems **100** communicating, along with the result of the completed portion of the computational task, an indication of the stopping point, so that the computational task can be resumed by the same computing system(s) or different computing system(s) at the stopping point. Other variations of this example predetermined operation are possible as well.

Additionally or alternatively, as another example, the first set of predetermined operations can include the computing systems **100** reducing a load factor or other factor that defines an extent of energy usage by the computing systems **100**, thereby reducing power consumption. For example, the first set of predetermined operations can include having the computing systems **100** reduce a load factor to a predetermined load factor, such as reducing to a 50% load.

US 11,016,553 B2

31

32

In some embodiments, the first set of predetermined operations can be selected based on other power-related decisions. For example, if there are ten computing systems at the flexible datacenter 200 and a 10% decrease in power consumption is desired, the datacenter control system 220 can either (i) cause one of the ten computing systems to turn off and stop consuming power or (ii) cause each of the ten computing systems to reduce its respective power consumption by 10%. Thus, performance of the first set of predetermined operations can at times result in one or more, but not all, of the computing systems 100 being turned off, or can result in all of the computing systems 100 reducing its respective power consumption by a predetermined amount, which could be specified by the first operational directive or dynamically determined by the datacenter control system 220 in response to receiving the first operational directive.

The first set of predetermined operations can include other operations as well, such as any of the operations described with respect to other Figures herein in relation to ramp-down conditions.

As noted above, in some embodiments, the first set of predetermined operations can be selected based on other power-related decisions. For example, if there are ten computing systems at the flexible datacenter 200 and a 10% decrease in power consumption is desired, the datacenter control system 220 can either (i) cause one of the ten computing systems to turn off and stop consuming power or (ii) cause each of the ten computing systems to reduce its respective power consumption by 10%. Thus, performance of the first set of predetermined operations can at times result in one or more (but possibly not all) of the computing systems 100 being turned off to achieve a desired power consumption reduction, or can result in all of the computing systems 100 reducing its respective power consumption by a predetermined amount, which could be specified by the first operational directive or dynamically determined by the datacenter control system 220 in response to receiving the first operational directive.

The remote master control system 420 can monitor and maintain (or otherwise have access to) performance data and/or other data related to the computing systems 100 to which other systems (e.g., the local station control system 410) might not have access. Because the remote master control system 420 might have more intimate knowledge of what each of the computing systems 100 are capable of and/or the types of computational tasks that each of the computing systems 100 are performing (e.g., whether some computing systems are carrying out more critical or computationally-intensive tasks than others), it can be advantageous to have the remote master control system 420 determine and send the first operational directive.

In some embodiments, the datacenter control system 220 can perform other operations in response to receiving the first operational directive. For example, the datacenter control system 220 can cause the behind-the-meter power input system 210 to reduce the power delivered to the computing systems 100. This reduction by the behind-the-meter power input system 210 can be performed before performance, during performance, or after performance of the first set of predetermined operations by the computing systems 100. Thus, two different forms of power control can be advantageously employed: controlling the computing systems 100 to reduce the amount of power that the computing systems 100 pull, and controlling the behind-the-meter power input system 210 to push less power to the computing systems 100.

At some point before, during, or after the datacenter control system 220 receives the first operational directive and causes the computing systems 100 to perform the first set of predetermined operations, the datacenter control system 220 can receive from the remote master control system 420 a second operational directive generated by the remote master control system 420. The second operational directive can be in some way associated with an existing or anticipated situation in which ramping up power consumption by the flexible datacenter 200 would be desirable or would not likely have a negative impact. In some embodiments, the second operational directive can be associated with a non-reduced power generation condition of the behind-the-meter power source 1002. For example, the non-reduced power generation condition could indicate that there is a current or expected increase in available behind-the-meter power above a predetermined availability level. The non-reduced power generation condition could take additional or alternative forms as well. (For instance, the flexible datacenter 200 might not ramp-up power consumption even if there is an increase or an excess of available behind-the-meter power.) Additionally or alternatively, conditions other than non-reduced power conditions could in some way contribute to the second operational directive being sent to the datacenter control system 220.

In any event, the second operational directive can be an operational directive that indicates to the flexible datacenter 200 that the flexible datacenter 200 is permitted to ramp-up power consumption. In some embodiments, the flexible datacenter 200 might be configured such that it cannot ramp-up power consumption by the computing systems 100 the flexible datacenter 200 without permission from the remote master control system 420 (and/or from the local station control system 410), although in other embodiments, the flexible datacenter 200 might not be configured in this way.

Furthermore, the datacenter control system 220 can be configured such that, upon or after receipt of the second operational directive (and, in some embodiments, in response to the received second operational directive indicating that permission is granted to ramp-up power consumption), the datacenter control system 220 can determine whether a ramp-up condition exists and, in response to determining that the ramp-up condition exists, the datacenter control system 220 can cause the computing systems 100 to perform a second set of predetermined operations correlated with the second operational directive.

The reason(s) for directing the flexible datacenter 200 to ramp-up power consumption can vary, and thus the ramp-up condition could take various forms, such as any of the ramp-up conditions discussed above (e.g., when there is an excess of available behind-the-meter power). In some scenarios, however, the reason for directing the flexible datacenter 200 to ramp-up power consumption can be something other than there being an excess of available behind-the-meter power. For instance, there could be one or more economic-driven reasons for doing so, and the remote master control system 420 could, in that scenario, direct the flexible datacenter to ramp-up power consumption, or at least notify the flexible datacenter 200 that ramping up power consumption is permitted.

In some embodiments, the datacenter control system 220 causing the computing systems 100 to perform the second set of predetermined operations can result in increased consumption of the behind-the-meter power by the computing systems 100.

US 11,016,553 B2

33                                                          34

For example, the second set of predetermined operations can include increasing the computational speed of the computing systems **100**. More particularly, the second set of predetermined operations can include increasing a computational speed of the computing systems **100** to be at a predetermined rate.

As another example, the second set of predetermined operations can include turning on the computing systems **100**, connecting to a server or servers, resuming one or more computational tasks (e.g., at a previously-identified stopping point), beginning performance of one or more computational tasks, and/or other possible operations including, but not limited to, any of the operations described with respect to other Figures herein in relation to ramp-up conditions.

In some scenarios, despite some conditions being present where ramping up power consumption could be appropriate, it might not be desirable to ramp up power consumption even if those conditions are present. For example, the remote master control system **420** could determine that, over a recent period of time, there have been fluctuations in available behind-the-meter power (e.g., fluctuations that exceed a predetermined threshold) and/or a combination of ramp-up and ramp-down operations that were performed by the computing systems **100**. As such, the second set of predetermined operations can include the computing systems **100** continuing performance of operations in which the computing systems **100** are currently engaged. In alternative embodiments, the datacenter control system **220** could determine that the flexible datacenter **200** should not ramp up power consumption and, instead of causing the computing systems **100** to perform operations, responsively take no special action with respect to the computing systems **100**.

In some embodiments, the datacenter control system **220** can perform other operations in response to receiving the second operational directive. For example, the datacenter control system **220** can cause the behind-the-meter power input system **210** to increase the power delivered to the computing systems **100**. This increase by the behind-the-meter power input system **210** can be performed before performance, during performance, or after performance of the second set of predetermined operations by the computing systems **100**.

FIG. **11** shows a flowchart for the operation of the distributed power control system in accordance with one or more embodiments of the present invention. In particular, FIG. **11** relates to one or more embodiments in which a local station control system sends a directive for ramping down power consumption. The process illustrated by FIG. **11** can be carried out by a datacenter control system, such as the datacenter control system **220** of the flexible datacenter **200** described above, in an environment such as the distributed power control system **1000** shown in FIG. **10**. However, the process can be carried out by other types of computing devices or combinations of computing devices, and can be carried out in other environments.

Further, the embodiment of FIG. **11** can be simplified by the removal of any one or more of the features shown therein. Further, this embodiment can be combined with features, aspects, and/or implementations of any of the previous figures or otherwise described herein.

At block **1100**, the datacenter control system **220** receives a first operational directive from a local station control system (e.g., local station control system **410**). As discussed above, the local station control system can be configured to at least partially control the behind-the-meter power source (e.g., behind-the-meter power source **1002**), and the first operational directive can be an operational directive for the flexible datacenter to ramp-down power consumption.

At block **1102**, in response to receiving the first operational directive, the datacenter control system **220** causes the plurality of computing systems (e.g., computing systems **100**) of the flexible datacenter to perform a first set of predetermined operations correlated with the first operational directive.

Furthermore, as discussed above, in the same embodiment or a different embodiment, the datacenter control system **220** can receive a second operational directive from the local station control system. In response to receiving the second operational directive, the datacenter control system **220** can determine whether a ramp-up condition exists and, in response to determining that the ramp-up condition exists, can cause the plurality of computing systems of the flexible datacenter to perform a second set of predetermined operations correlated with the second operational directive.

FIG. **12** shows another flowchart for the operation of the distributed power control system in accordance with one or more embodiments of the present invention. In particular, FIG. **12** relates to one or more embodiments in which a remote master control system sends a directive for ramping down power consumption. The process illustrated by FIG. **12** can be carried out by a datacenter control system, such as the datacenter control system **220** of the flexible datacenter **200** described above, in an environment such as the distributed power control system **1000** shown in FIG. **10**. However, the process can be carried out by other types of computing devices or combinations of computing devices, and can be carried out in other environments.

Further, the embodiment of FIG. **12** can be simplified by the removal of any one or more of the features shown therein. Further, this embodiment can be combined with features, aspects, and/or implementations of any of the previous figures or otherwise described herein.

At block **1200**, the datacenter control system **220** receives a first operational directive from a remote master control system (e.g., remote master control system **420**). As discussed above, the first operational directive can be an operational directive for the flexible datacenter to ramp-down power consumption.

At block **1202**, in response to receiving the first operational directive, the datacenter control system **220** causes the plurality of computing systems (e.g., computing systems **100**) of the flexible datacenter to perform a first set of predetermined operations correlated with the first operational directive.

Furthermore, as discussed above, in the same embodiment or a different embodiment, the datacenter control system **220** can receive a second operational directive from the remote master control system. In response to receiving the second operational directive, the datacenter control system **220** can determine whether a ramp-up condition exists and, in response to determining that the ramp-up condition exists, can cause the plurality of computing systems of the flexible datacenter to perform a second set of predetermined operations correlated with the second operational directive.

Advantages of one or more embodiments of the present invention may include one or more of the following:

In one or more embodiments of the present invention, a method and system for distributed power control allows for a datacenter control system of a flexible datacenter to be in communication with a local station control system, which in turn allows the local station control system to issue directives to the flexible datacenter based on various conditions associated with a behind-the-meter power source. Thus, the

35

36

method and system for distributed power control allows for power consumption by the flexible datacenter to be modulated based on ramp-down and/or ramp-up directives received from the local station control system.

In some scenarios, a local station control system might be able to act more quickly than a remote master control system in directing a flexible datacenter to modulate its power consumption. In these and other scenarios, actions by the local station control system would not require communications (e.g., directives, or power availability information) to be routed through the remote master control system, and thus, such communications would not be blocked or delayed by the remote master control system.

Conversely, the remote master control system can act on information that is not available to the local station control system, such as performance data or other data related to the flexible datacenter and the computing systems thereof, as discussed above. For at least this reason, it could be advantageous in some scenarios to have the remote master control system direct the flexible datacenter in addition to or instead of the local station control system. (One of the reasons for why the local station control system might not have access to this type of information is that the flexible datacenter and the remote master control system are operated by or otherwise associated with the same entity, whereas the local station control system is operated by a different entity.) Thus, in one or more embodiments of the present invention, a method and system for distributed power control allows for a datacenter control system of a flexible datacenter to be in communication with a remote master control system, which in turn allows the remote master control system to issue directives to the flexible datacenter based on various conditions associated with a behind-the-meter power source. Thus, the method and system for distributed power control allows for power consumption by the flexible datacenter to be modulated based on ramp-down and/or ramp-up directives received from the remote master control system.

In one or more embodiments of the present invention, a method and system for distributed power control allows for a datacenter control system of a flexible datacenter to be in communication with a remote master control system, which in turn allows the remote master control system to issue directives to the flexible datacenter based on various conditions associated with a behind-the-meter power source. Thus, the method and system for distributed power control allows for power consumption by the flexible datacenter to be modulated based on ramp-down and/or ramp-up directives received from the remote master control system. As discussed above, this can be further advantageous because the flexible datacenter and the remote master control system can be operated by or otherwise associated with the same entity.

In one or more embodiments of the present invention, a method and system for distributed power control allows for reduction in power consumption by the flexible datacenter without necessarily having to abruptly turn off computing systems or disconnect from servers/networks. Rather, computing systems of the flexible datacenter can be directed to reduce power consumption in a smooth and more gradual manner that allows for the computing systems to finish at least a portion of the computational tasks assigned to them.

In one or more embodiments of the present invention, a method and system for distributed power control may be powered by unutilized behind-the-meter power that is free from transmission and distribution costs. As such, the flexible datacenter may perform computational operations, such as hashing function operations, with little to no energy cost.

One or more embodiments of the present invention also involve dynamic power delivery to the flexible datacenter using unutilized energy sources. Dynamic power delivery in this manner provides a green solution to two prominent problems: the exponential increase in power required for growing distributed computing operations (e.g., blockchain) and the unutilized and potentially wasted energy generated from renewable energy sources.

Dynamic power delivery in this manner also allows for the rapid deployment of data centers to local stations. The datacenters may be deployed on site, near the source of power generation, and receive unutilized behind-the-meter power when it is available.

Dynamic power delivery in this manner also allows for the power delivery to the datacenter to be modulated based on conditions or an operational directive received from the local station or the grid operator.

Dynamic power delivery in this manner also provides a number of benefits to the hosting local station. The local station may use the flexible datacenter to adjust a load, provide a power factor correction, to offload power, or operate in a manner that invokes a production tax credit and/or generates incremental revenue.

It will also be recognized by the skilled worker that, in addition to improved efficiencies in controlling power delivery from intermittent generation sources, such as wind farms and solar panel arrays, to regulated power grids, the invention provides more economically efficient control and stability of such power grids in the implementation of the technical features as set forth herein.

While the present invention has been described with respect to the above-noted embodiments, those skilled in the art, having the benefit of this disclosure, will recognize that other embodiments may be devised that are within the scope of the invention as disclosed herein. Accordingly, the scope of the invention should be limited only by the appended claims.

What is claimed is:

1. A distributed power control system comprising:

a flexible datacenter comprising (i) a plurality of computing systems powered by a behind-the-meter power input system, (ii) the behind-the-meter power input system configured to receive power from a power generation system prior to the power undergoing step-up transformation for transmission to a grid and deliver the power to the plurality of computing systems, and (iii) a datacenter control system configured to control the plurality of computing systems and the behind-the-meter power input system;

a remote master control system configured to issue instructions to the flexible datacenter that affect an amount of behind-the-meter power consumed by the flexible datacenter;

one or more processors; and

data storage comprising a first set of instructions that, when executed by the one or more processors, cause the datacenter control system to perform operations comprising:

receiving a first operational directive from a local station control system, wherein the local station control system is configured to at least partially control the power generation system, wherein the first operational directive is an operational directive for the flexible datacenter to ramp-down power consumption, and

in response to receiving the first operational directive, causing the plurality of computing systems of the

37
38

flexible datacenter to perform a first set of predetermined operations correlated with the first operational directive.

**2.** The distributed power control system of claim **1**, wherein the first operational directive is associated with a reduced power generation condition of the power generation system.

**3.** The distributed power control system of claim **2**, wherein the reduced power generation condition is associated with a current or expected reduction in available behind-the-meter power below a predetermined availability level.

**4.** The distributed power control system of claim **1**, wherein causing the plurality of computing systems of the flexible datacenter to perform the first set of predetermined operations results in reduced consumption of the behind-the-meter power by the plurality of computing systems.

**5.** The distributed power control system of claim **1**, wherein the first set of predetermined operations comprise reducing a computational speed of one or more computing systems of the plurality of computing systems.

**6.** The distributed power control system of claim **1**, wherein the first set of predetermined operations comprise turning off one or more computing systems of the plurality of computing systems.

**7.** The distributed power control system of claim **1**, wherein before the datacenter control system receives the first operational directive, the plurality of computing systems are currently performing or scheduled to perform a computational task, and wherein the first set of predetermined computational operations comprise (i) completing a portion of the computational task, (ii) communicating, to the datacenter control system, a result of the completed portion of the computational task, and (iii) ramping down power consumption and entering a reduced-power operational state.

**8.** The distributed power control system of claim **1**, wherein the first set of predetermined operations comprise reducing a load factor of one or more computing systems of the plurality of computing systems.

**9.** The distributed power control system of claim **1**, wherein the data storage further comprises a second set of instructions that, when executed by the one or more processors, cause the datacenter control system to perform operations comprising:

in response to receiving the first operational directive, causing the behind-the-meter power input system to reduce the power delivered to the plurality of computing systems.

**10.** The distributed power control system of claim **1**, wherein the data storage further comprises a second set of instructions that, when executed by the one or more processors, cause the datacenter control system to perform operations comprising:

receiving a second operational directive from the local station control system;

in response to receiving the second operational directive, determining whether a ramp-up condition exists; and

in response to determining that the ramp-up condition exists, causing the plurality of computing systems of the flexible datacenter to perform a second set of predetermined operations correlated with the second operational directive.

**11.** The distributed power control system of claim **10**, wherein the second operational directive is associated with a non-reduced power generation condition of the power generation system, and wherein the non-reduced power

generation condition is associated with a current or expected increase in available behind-the-meter power above a predetermined availability level.

**12.** The distributed power control system of claim **10**, wherein the second operational directive is an operational directive that the flexible datacenter is permitted to ramp-up power consumption.

**13.** The distributed power control system of claim **10**, wherein causing the plurality of computing systems of the flexible datacenter to perform the second set of predetermined operations results in increased consumption of the behind-the-meter power by the plurality of computing systems.

**14.** The distributed power control system of claim **10**, wherein the second set of predetermined operations comprise increasing the computational speed of one or more computing systems of the plurality of computing systems.

**15.** The distributed power control system of claim **10**, wherein the second set of predetermined operations comprise turning on one or more computing systems of the plurality of computing systems.

**16.** The distributed power control system of claim **10**, wherein the data storage further comprises a third set of instructions that, when executed by the one or more processors, cause the datacenter control system to perform operations that comprise:

in response to determining that the ramp-up condition exists, causing the behind-the-meter power input system to increase the power delivered to the plurality of computing systems.

**17.** A method performed by a datacenter control system of a flexible datacenter, wherein the flexible datacenter further comprises (i) a plurality of computing systems powered by a behind-the-meter power input system and (ii) the behind-the-meter power input system configured to receive power from a power generation system prior to the power undergoing step-up transformation for transmission to the grid and deliver the power to the plurality of computing systems, wherein the datacenter control system is configured to control the plurality of computing systems and the behind-the-meter power input system, and wherein a remote master control system is configured to issue instructions to the flexible datacenter that affect an amount of behind-the-meter power consumed by the flexible datacenter, the method comprising:

receiving a first operational directive from a local station control system, wherein the local station control system is configured to at least partially control the power generation system, wherein the first operational directive is an operational directive for the flexible datacenter to ramp-down power consumption; and

in response to receiving the first operational directive, causing the plurality of computing systems of the flexible datacenter to perform a first set of predetermined operations correlated with the first operational directive.

**18.** The method of claim **17**, further comprising:

receiving a second operational directive from the local station control system, wherein the second operational directive is associated with a non-reduced power generation condition of the power generation system;

in response to receiving the second operational directive, determining whether a ramp-up condition exists; and

in response to determining that the ramp-up condition exists, causing the plurality of computing systems of

US 11,016,553 B2

39

the flexible datacenter to perform a second set of predetermined operations correlated with the second operational directive.

19. A non-transitory computer readable medium having stored thereon instructions, that when executed by one or more processors of a datacenter control system of a flexible datacenter, cause the datacenter control system to perform operations comprising:

receiving a first operational directive from a local station control system, wherein the local station control system is configured to at least partially control a power generation system, wherein the first operational directive is an operational directive for the flexible datacenter to ramp-down power consumption, wherein the flexible datacenter further comprises (i) a plurality of computing systems powered by a behind-the-meter power input system and (ii) the behind-the-meter power input system configured to receive power from the power generation system prior to the power undergoing step-up transformation for transmission to a grid and deliver the power to the plurality of computing systems, wherein the datacenter control system is configured to control the plurality of computing systems and the behind-the-meter power input system, and wherein

40

a remote master control system is configured to issue instructions to the flexible datacenter that affect an amount of behind-the-meter power consumed by the flexible datacenter; and

in response to receiving the first operational directive, causing the plurality of computing systems of the flexible datacenter to perform a first set of predetermined operations correlated with the first operational directive.

20. The non-transitory computer readable medium of claim 19, the operations further comprising:

receiving a second operational directive from the local station control system, wherein the second operational directive is associated with a non-reduced power generation condition of the power generation system;

in response to receiving the second operational directive, determining whether a ramp-up condition exists; and

in response to determining that the ramp-up condition exists, causing the plurality of computing systems of the flexible datacenter to perform a second set of predetermined operations correlated with the second operational directive.

*  *  *  *  *