# BARNES & THORNBURG LLP

One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833 U.S.A.
(312) 357-1313
Fax (312) 759-5646

www.btlaw.com

Kurt W. Rohde
Partner
312-214-4505
kurt.rohde@btlaw.com

October 24, 2022

Compute North Holdings, Inc.
Attn: Legal Dept
7575 Corporate Way, Eden Prairie, Minnesota 55344

cc:
Compute North Holdings, Inc., c/o National Registered Agents, Inc., 1209 Orange St, Wilmington, DE 19801
Compute North LLC, c/o Registered Agent
CN Big Spring LLC, c/o Registered Agent
Compute North SD, LLC, c/o Registered Agent
Compute North NE05 LLC, c/o Registered Agent
Compute North Member LLC, c/o Registered Agent
TZRC LLC, c/o Registered Agent
CN Corpus Christi LLC, c/o Registered Agent
CN Minden LLC, c/o Registered Agent
CN Wolf Hollow LLC, c/o Registered Agent

Registered Agent: Harvard Business Services, Inc., 16192 Coastal Hwy, Lewes, DE 19958

Via:   email to legal@computenorth.com and mail to all entities

   RE: **Infringement of Lancium Patents**

Dear Compute North:

  I represent Lancium LLC in connection with its intellectual property rights.  Since 2017, Lancium has been a leader in the development and deployment of technologies for promoting and expanding the use of renewable energy and concurrently improving grid stability.  Lancium has expended substantial time and effort in the development of such technologies and has accordingly protected its intellectual property rights in its technologies.

  We have recently become aware that certain Compute North affiliates are operating, and other affiliates are intending to operate, bitcoin mining facilities that infringe one or more patents covering Lancium's technology.  With this letter we are putting you on notice that Lancium has certain intellectual property rights relating to behind-the-meter and grid-connected operation of computing facilities and that we believe operation of the following facilities is in contravention of Lancium's patent rights.

  Specifically, we have identified the following operational facilities as infringing Lancium's patent rights in one or more of the below listed patents:

Compute North
October 24, 2022
Page 2

- **Big Spring**, located in Big Spring, Texas and owned and/or operated by affiliate CN Big Spring LLC.

- **North Sioux City**, located in North Sioux City, South Dakota and owned and/or operated by affiliate Compute North SD, LLC.

- **Kearney**, located in Kearney, Nebraska and owned and/or operated by affiliate Compute North NE05 LLC.

- **King Mountain**, located in McCamey, Texas and owned and/or operated by joint-venture affiliate TZRC LLC.

Additionally, we have identified the following planned facilities that, upon operation, are likely to infringe Lancium's patent rights in one or more of the below listed patents:

- **Corpus Christi**, located in Corpus Christi, Texas and owned and/or operated by affiliate CN Corpus Christi LLC.

- **Minden**, located in Minden, Nebraska and owned and/or operated by affiliate CN Minden LLC.

- **Wolf Hollow**, located in Granbury, Texas and owned and/or operated by affiliate CN Wolf Hollow LLC.

**List of Patents**

- U.S. Patent No. 11,016,456 ("Method and system for dynamic power delivery to a flexible datacenter using unutilized energy sources")

- U.S. Patent No. 11,163,280 ("Method and system for dynamic power delivery to a flexible datacenter using unutilized energy sources")

- U.S. Patent No. 11,031,813 ("Systems and methods for auxiliary power management of behind-the-meter power loads")

- U.S. Patent No. 11,016,553 ("Methods and systems for distributed power control of flexible datacenters")

- U.S. Patent No. 10,444,818 ("Methods and systems for distributed power control of flexible datacenters")

- U.S. Patent No. 11,275,427 ("Methods and systems for distributed power control of flexible datacenters")

- U.S. Patent No. 11,397,999 ("Modifying computing system operations based on cost and power conditions")

**BARNES & THORNBURG** LLP

Compute North
October 24, 2022
Page 3

- U.S. Patent No. 10,608,433 ("Methods and systems for adjusting power consumption based on a fixed-duration power option agreement")

- U.S. Patent No. 11,031,783 ("Methods and systems for adjusting power consumption based on a fixed-duration power option agreement")

We ask that you review the above listed patents. Please respond to us as soon as practical to discuss resolution and to potentially avoid the need for Lancium to take action to enforce its patent rights.

Respectfully,

*Kurt W. Rohde*

Kurt W. Rohde
Partner, Barnes & Thornburg LLP
Intellectual Property Counsel for Lancium LLC