# EXHIBIT 17



# Wolf Hollow II Generating Station

## Natural gas serves as a bridge to a clean energy future, giving off less than half of the carbon emissions of coal when burned

Wolf Hollow II Generating Station is a 1,115-megawatt (MW) combined-cycle gas and steam turbine generation facility in Granbury, Texas, owned and operated by Constellation. Wolf Hollow II Generating Station began commercial operations in June 2017 and includes two low-carbon combined-cycle gas turbines (CCGT).

Wolf Hollow II Generating Station's gas turbines are the most advanced gas turbines designed, making them two of the cleanest, most efficient combined-cycle turbine units in the country. The new units use air for cooling instead of water, which is important in drought-prone Texas.

### SAFETY FIRST

### SUPPORTING THE LOCAL ECONOMY



## About this Facility



Map data ©2023

Granbury, TX 76048

**Directions**