AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Texas, Waco Division__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:23-cv-00344 | DATE FILED<br>5/10/2023 | U.S. DISTRICT COURT<br>Western District of Texas, Waco Division |
|---|---|---|
| PLAINTIFF<br>LANCIUM LLC | | DEFENDANT<br>U.S. DATA MINING GROUP, INC. (d/b/a US BITCOIN),<br>U.S. MINING INFRASTRUCTURE OPERATIONS, LLC,<br>U.S. DATA KING MOUNTAIN LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 11,016,456 | 5/25/2021 | Lancium LLC |
| 2 | 10,444,818 | 10/15/2019 | Lancium LLC |
| 3 | 11,016,553 | 5/25/2021 | Lancium LLC |
| 4 | 11,031,813 | 6/8/2021 | Lancium LLC |
| 5 | 11,025,060 | 6/1/2021 | Lancium LLC |

See attached.

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

| Patent | Date of Patent | Holder of Patent |
|---|---|---|
| 10,608,433 | 3/31/2020 | Lancium LLC |
| 11,594,888 | 2/23/2023 | Lancium LLC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |