UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LANCIUM LLC,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DATA MINING GROUP, INC.<br>(D/B/A US BITCOIN),<br>U.S. MINING INFRASTRUCTURE<br>OPERATIONS, LLC, and<br>U.S. DATA KING MOUNTAIN LLC<br><br>    Defendants. | Civil Action No. 6:23-cv-00344-KC<br><br>**Jury Trial Demanded** |

**PLAINTIFF LANCIUM LLC'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Lancium LLC (a Delaware LLC) hereby identifies Lancium, Inc. (a Delaware Corporation), as 100% controlling owner and parent corporation of Lancium LLC, and further states that Japanese public corporation SBI Holdings, Inc. owns 10% or more of Lancium, Inc. through SBI Crypto Investment Co Ltd. and Korean public corporation Hanwha Solution Corporation owns 10% or more of Lancium, Inc. through HSHC Libra Inv LLC.

Dated:  May 11, 2023

Respectfully submitted,

**BARNES & THORNBURG LLP**

By: _s/ Mark C. Nelson_

Mark C. Nelson
Texas Bar No. 00794361
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Email: mnelson@btlaw.com
Telephone: 214-258-4200
Fax: 214-258-4199

Adam M. Kaufmann (_pro hac vice_ to be filed)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Email: adam.kaufmann@btlaw.com
Telephone: 312-214-8319
Fax: 312-759-5646

_Attorneys for Plaintiff Lancium LLC_