AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| LANCIUM LLC <br><br> *Plaintiff(s)* <br> v. <br> U.S. DATA MINING GROUP, INC. (d/b/a US BITCOIN), U.S. MINING INFRASTRUCTURE OPERATIONS, LLC, U.S. DATA KING MOUNTAIN LLC <br> *Defendant(s)* | Civil Action No. 6:23-cv-00344 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Data King Mountain, LLC
c/o Registered Agent
Cogency Global, Inc.
321 W. Winnie Lane, Ste. #104
Carson City, NV, 89730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mark C. Nelson
Barnes & Thornburg LLP
2121 N Pearl Street, Suite 700
Dallas, TX 75201
mnelson@btlaw.com
214-258-4200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 05/11/2023

L Diaz

*Signature of Clerk or Deputy Clerk*



# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Waco Division

| | |
|---|---|
| **LANCIUM LLC** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 6:23-cv-00344 |
| **U.S. DATA MINING GROUP, INC. (D/B/A US BITCOIN), et al.** | ) ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Chad Shoffner, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 11, 2023 at 9:50 am. I delivered these documents on U.S. Data King Mountain, LLC in NV on May 11, 2023 at 4:01 pm at 321 W Winnie Ln, Ste 104, Carson City, NV 89703 by leaving the following documents with Itzel Larsen who as Administrator at Cogency Global, Inc. is authorized by appointment or by law to receive service of process for U.S. Data King Mountain, LLC.

Summons in a Civil Action
Complaint for Patent Infringement, Exhibits, and Civil Cover Sheet

Additional Description:
I delivered the documents to Itzel Larsen, Administrator for Registered Agent Cogency Global, Inc. She confirmed that Cogency Global, Inc. was the correct registered agent for the business and accepted the documents. She advised that she would forward the documents to the named entity.

Hispanic or Latino Female, est. age 30, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.1991271973,-119.6885208828
Photograph: See Exhibit 1

My name is Chad Shoffner, my date of birth is 10/12/1981, and my address is 6055 Stonecreek Drive, Reno, NV 89511, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in \_\_\_Washoe County_____, \_\_\_NV\_\_\_ on \_\_\_5/12/2023_____.

/s/ *Chad Shoffner*

Chad Shoffner
(775) 475-9400
Certification Number: R-2023-05268
Expiration Date: 7/2/2023

# Exhibit 1

Exhibit 1a)

# Itzel Larsen
## Client Service Specialist

Cogency Global Inc.
321 W. Winnie Lane #104, Carson City, NV 89703

O: 775-884-2700   Ext: 138

ilarsen@cogencyglobal.com

Exhibit 1b)



Exhibit 1c)



Exhibit 1d)



Exhibit 1e)

