AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

|  |  |  |
|---|---|---|
| LANCIUM LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:23-cv-00344 |
| U.S. DATA MINING GROUP, INC. (d/b/a US BITCOIN), U.S. MINING INFRASTRUCTURE OPERATIONS, LLC, U.S. DATA KING MOUNTAIN LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Data Mining Group, Inc.
c/o Registred Agent
Cogency Global, Inc.
115 N. Calhoun St., Ste. 4, Tallahassee, FL 32301
and
321 W. Winnie Lane, Ste. #104, Carson City, NV, 89730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark C. Nelson
Barnes & Thornburg LLP
2121 N Pearl Street, Suite 700
Dallas, TX 75201
mnelson@btlaw.com
214-258-4200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: 05/11/2023



*Signature of Clerk or Deputy Clerk*



# UNITED STATES DISTRICT COURT

for the
Western District of Texas

**LANCIUM LLC**

|  |  |
|---|---|
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **U.S. DATA MINING GROUP, INC. (d/b/a US** | ) |
| **BITCOIN), U.S. MINING INFRASTRUCTURE** | ) |
| **OPERATIONS, LLC, U.S. DATA KING MOUNTAIN** | ) |
| **LLC** | ) |
| | |
| *Defendant* | |

Civil Action No. 6:23-cv-00344-KC

## AFFIDAVIT OF SERVICE

I, Chad Shoffner, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 11, 2023 at 9:50 am. I delivered these documents on U.S. Data Mining Group, Inc in NV on May 11, 2023 at 5:18 pm at 321 W Winnie Ln, Suite 104, Carson City, NV 89703 by leaving the following documents with Itzel Larsen who as Administrator at Unisearch, Inc for Cogency Global, Inc is authorized by appointment or by law to receive service of process for U.S. Data Mining Group, Inc.

Summons
Complaint for Patent Infringement with Exhibits 1-17 and Civil Cover Sheet

Additional Description:
I delivered the documents to Itzel Larsen, Administrator, for the Registered Agent company Unisearch, Inc for Cogency Global, Inc. She advised that Unisearch, Inc was authorized to accept for both Cogency Global and U.S. Data Mining Group, Inc.

Hispanic or Latino Female, est. age 30, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' to 5' 3".
Photograph: See Exhibit 1

My name is Chad Shoffner, my date of birth is 10/12/1981, and my address is 6055 Stonecreek Drive, Reno, NV 89511, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Chad Shoffner*
_____

Chad Shoffner
(775) 475-9400
Certification Number: R-2023-05268
Expiration Date: 7/2/2023

Executed in

_____Washoe County_____,

___NV____ on ___5/16/2023_____.

# Exhibit 1

Exhibit 1a)

# Itzel Larsen
## Client Service Specialist

Cogency Global Inc.
321 W. Winnie Lane #104, Carson City, NV 89703

O: 775-884-2700   Ext: 138

ilarsen@cogencyglobal.com

Exhibit 1b)



Exhibit 1c)



Exhibit 1d)



Exhibit 1e)



# UNITED STATES DISTRICT COURT

for the
Western District of Texas

**LANCIUM, LLC**

|  |  |
|---|---|
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **U.S. DATA MINING GROUP, INC. (d/b/a US** | ) |
| **BITCOIN), U.S. MINING INFRASTRUCTURE** | ) |
| **OPERATIONS, LLC, U.S. DATA KING MOUNTAIN** | ) |
| **LLC** | ) |
| | |
| *Defendant* | |

Civil Action No. 6:23-cv-00344-KC

## AFFIDAVIT OF SERVICE

I, J Lee Vause, Jr., being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 11, 2023 at 2:24 pm. I delivered these documents on U.S. Data Mining Group, Inc in Leon County, FL on May 12, 2023 at 11:06 am at 115 N Calhoun St, Ste 4, Tallahassee, FL 32301 by leaving the following documents with Chris Vick who as Clerk at Cogency Global, Inc is authorized by appointment or by law to receive service of process for U.S. Data Mining Group, Inc.

Summons
Complaint for Patent Infringement with Exhibits 1-17 and Civil Cover Sheet

Additional Description:
I delivered the documents to Chris Vick, Clerk, authorized to accept for the Registered Agent company Cogency Global, Inc.

White Male, est. age 30, glasses: Y, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.442725,-84.279614
Photograph: See Exhibit 1

My name is J Lee Vause, Jr., my date of birth is 5/2/1960, and my address is 221 W Park Ave, Tallahassee, FL 32302, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *J Lee Vause, Jr.*

J Lee Vause, Jr.
(850) 510-2797

Executed in

Leon County ,

FL on 5/12/2023 .

# Exhibit 1

Exhibit 1a)

