AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| LANCIUM LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  6:23-cv-00344 |
| U.S. DATA MINING GROUP, INC. (d/b/a US BITCOIN), U.S. MINING INFRASTRUCTURE OPERATIONS, LLC, U.S. DATA KING MOUNTAIN LLC | ) ) ) ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Mining Infrastructure Operations LLC
c/o Registered Agent
Cogency Global, Inc.
850 New Burton Road
Suite 201
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark C. Nelson
Barnes & Thornburg LLP
2121 N Pearl Street, Suite 700
Dallas, TX 75201
mnelson@btlaw.com
214-258-4200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

L Diaz

Date:        05/11/2023

*Signature of Clerk or Deputy Clerk*



# UNITED STATES DISTRICT COURT

for the
WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| **LANCIUM LLC** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 6:23-cv-00344 |
| | ) | |
| **U.S. DATA MINING GROUP, INC. (d/b/a US** | ) | |
| **BITCOIN), et al.** | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Brendan Bellamy, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 11, 2023 at 12:48 pm. I delivered these documents on U.S. Mining Infrastructure Operations, LLC in Kent County, DE on May 11, 2023 at 2:04 pm at 850 New Burton Rd, Suite 201, Dover, DE 19904 by leaving the following documents with Teresa Grandison who as Administrative Assistant at Cogency Global, Inc. is authorized by appointment or by law to receive service of process for U.S. Mining Infrastructure Operations, LLC.

Summons in a Civil Action
Complaint for Patent Infringement, Exhibits, and Civil Cover Sheet

Additional Description:
I rang the buzzer and was allowed in. I took the elevator to the second floor. I delivered the documents to Teresa Grandison, Administrative Assistant for Registered Agent Cogency Global, Inc. She accepted the documents.

Black or African American Female, est. age 30, glasses: Y, Black hair, 200 lbs to 220 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.1488342285,-75.5304815812
Photograph: See Exhibit 1

My name is Brendan Bellamy, my date of birth is 12/28/1971, and my address is 106 Cedar Lane, Camden, DE 19934, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Brendan Bellamy*

Brendan Bellamy
(302) 359-8255

Executed in

Kent County                              ,

DE        on     5/12/2023              .

# Exhibit 1

Exhibit 1a)

