# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

LANCIUM LLC,

vs.  Case No.: 6:23-cv-00344-KC

U.S. DATA MINING GROUP, INC., ET AL.,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Adam M. Kaufmann, counsel for Lancium LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Adam M. Kaufmann may appear on behalf of Lancium LLC in the above case.

IT IS FURTHER ORDERED that Adam M. Kaufmann, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20____.

_____
UNITED STATES DISTRICT JUDGE