IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LANCIUM LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>U.S. DATA MINING GROUP, INC.<br>(D/B/A US BITCOIN),<br>U.S. MINING INFRASTRUCTURE<br>OPERATIONS, LLC, and<br>U.S. DATA KING MOUNTAIN LLC,<br><br>    Defendants. | Civil Action No. 6-23-CV-00344<br><br><br>JURY TRIAL DEMANDED |

**ORDER**

On this day, the Court considered Defendants' Unopposed Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint for Patent Infringement (ECF No. ____). The Court has determined that the Motion should be **GRANTED,** and it is therefore **ORDERED** that Defendants' deadline to respond to the Complaint shall be extended by 30 days, up to and including July 3, 2023.

ENTERED on this _____ day of _____ 2023.

_____
HON. KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE