IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LANCIUM LLC,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**U.S. DATA MINING GROUP, INC. (D/B/A US BITCOIN),**<br>**U.S. MINING INFRASTRUCTURE OPERATIONS, LLC, and**<br>**U.S. DATA KING MOUNTAIN LLC,**<br><br>  Defendants. | **Civil Action No. 6-23-CV-00344**<br><br><br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS' RULE 7.1 COPRORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, Defendant U.S. Data Mining Group, Inc. ("USBTC") has no parent company, and to its knowledge there is no publicly held corporation owning 10% or more of its stock. The undersigned further, by and through its undersigned counsel, certifies that U.S. Mining Infrastructure Operations, LLC and U.S. Data King Mountain LLC are both wholly-owned indirect subsidiaries of USBTC.

1

**DATED:** May 30, 2023

Respectfully submitted,

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Tel: 212-294-6700
Fax: 212-294-4700

Daniel T. Stabile
dstabile@winston.com (PHV forthcoming)
**WINSTON & STRAWN LLP**
200 South Biscayne Boulevard
Miami, FL 33131
Tel: (305) 910-0500
Fax: (305) 910-0505

William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Tel: (713) 651-2766
Fax: (713) 651-2700

**ATTORNEYS FOR DEFENDANTS**
**U.S. DATA MINING GROUP, INC.,**
**U.S. MINING INFRASTRUCTURE**
**OPERATIONS, LLC, AND**
**U.S. DATA KING MOUNTAIN LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5. Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, Western District of Texas, Section 14.

                                              /s/ *Krishnan Padmanabhan*
                                              Krishnan Padmanabhan