AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Lancium LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:23-CV-00344-KC |
| U.S. Data Mining Group, Inc., et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lancium LLC

Date:   06/22/2023

_____
*Attorney's signature*

Marisa Ybarra-Williams   State Bar No. 24067360
*Printed name and bar number*

5822 Cromo Drive, Suite 400

El Paso, Texas 79912
*Address*

mybarra-williams@raylaw.com
*E-mail address*

(915) 832-7200
*Telephone number*

(915) 832-7333
*FAX number*