**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| LANCIUM, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No.: 6:23-CV-00344-KC |
| § | |
| U.S. DATA MINING GROUP, INC. § | |
| d/b/a US BITCOIN; U.S. MINING § | |
| INFRASTRUCTURE OPERATIONS, § | |
| LLC; and U.S. DATA KING MOUNTAIN, § | |
| LLC, § | |
| § | |
| Defendants. § | |

**ENTRY OF APPEARANCE BY FRANCISCO J. ORTEGA**
**AS LOCAL COUNSEL FOR PLAINTIFF LANCIUM, LLC**

TO THE HONORABLE JUDGE OF SAID COURT:

The following attorney hereby makes his formal entry of appearance as local counsel for Plaintiff Lancium, LLC in the above-referenced matter:

> Francisco J. Ortega
> ScottHulse, P.C.
> One San Jacinto Plaza
> 201 E. Main Drive, Ste. 1100
> El Paso, Texas 79901
> (915) 546-8245
> (915) 546-8333 (fax)
> fort@scotthulse.com

The Court, the clerk, and all parties should send to Francisco J. Ortega a copy of any document filed with the Court in this case.

1263793.1

        Respectfully submitted,

**SCOTTHULSE**[PC]
One San Jacinto Plaza
201 E. Main Dr., Ste. 1100
P.O. Box 99123
El Paso, Texas 79999-9123
(915) 533-2493
(915) 546-8333 Telecopier

By:   /s/ *Francisco J. Ortega*
      **FRANCISCO J. ORTEGA**
      State Bar No. 24060365
      fort@scotthulse.com
      Attorney for Plaintiff Lancium, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that I filed this document electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing on this 27th day of June, 2023:

        */s/ Francisco J. Ortega*
        **FRANCISCO J. ORTEGA**