# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LANCIUM LLC,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DATA MINING GROUP, INC.<br>(D/B/A US BITCOIN),<br>U.S. MINING INFRASTRUCTURE<br>OPERATIONS, LLC, and<br>U.S. DATA KING MOUNTAIN LLC,<br><br>  Defendants. | Case No. 6:23-cv-00344-KC<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND STAY OF ALL OTHER DEADLINES**

Plaintiff Lancium LLC and Defendants U.S. Data Mining Group, Inc. (d/b/a US Bitcoin), U.S. Mining Infrastructure Operations, LLC, and U.S. Data King Mountain LLC (collectively, "Defendants") (collectively, the "Parties") jointly and respectfully move the Court to: (1) extend the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint until October 2, 2023; and (2) otherwise stay this case and all other deadlines until October 2, 2023. Good cause exists for granting this Motion for the following reasons:

1. Plaintiff filed its Complaint (D.I. 1) on May 10, 2023.

2. On May 30, 2023, Defendants filed an unopposed motion for an extension of the deadline to respond to Plaintiff's Complaint until July 3, 2023 (D.I. 10), which the Court granted via Text Order on May 31, 2023.

1

3. Since that time, the parties have had discussions regarding the potential resolution of this matter and believe a further extension of Defendants' response deadline and all other deadlines will aid such discussions.

Accordingly, the parties respectfully request that the Court enter an order extending the time in which Defendants may respond to Plaintiff's Complaint by 90-days, up-to and including October 2, 2023 and otherwise staying this case and all pending deadlines until October 2, 2023.

Dated: July 1, 2023

Respectfully submitted,

/s/ *Mark C. Nelson*

Francisco J. Ortega
Texas Bar No. 24060365
SCOTTHULSE, P.C.
One San Jacinto Plaza
201 E. Main Drive, Suite 1100
El Paso, TX 79901
Telephone: (915) 546-8245
Fax: (915) 546-8333
Email: fort@scotthulse.com

Jeff H. Ray
Texas Bar No. 16604400
Marisa Y. Ybarra-Williams
Texas Bar No. 24067360
RAY PEÑA MCCHRISTIAN
5822 Cromo Drive, Suite 400
El Paso, TX 79912
Telephone: (915) 832-7200
Fax: (915) 832-7333
Email: jray@raylaw.com
Email: mybarra-williams@raylaw.com

Mark C. Nelson
Texas Bar No. 00794361
BARNES & THORNBURG LLP
2121 North Pearl Street, Ste. 700
Dallas, TX 75201
Telephone: (214) 258-4200
Fax: (214) 258-4199
Email: mark.nelson@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 214-8319
Fax: (312) 759-5646
Email: adam.kaufmann@btlaw.com

**ATTORNEYS FOR PLAINTIFF
LANCIUM LLC**

3

*/s/ Krishnan Padmanabhan*

Krishnan Padmanabhan
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Tel: 212-294-6700
Fax: 212-294-4700

Daniel T. Stabile
dstabile@winston.com (Pro Hac Vice)
**WINSTON & STRAWN LLP**
200 South Biscayne Boulevard
Miami, FL 33131
Tel: (305) 910-0500
Fax: (305) 910-0505

William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Tel: (713) 651-2766
Fax: (713) 651-2700

**ATTORNEYS FOR DEFENDANTS
U.S. DATA MINING GROUP, INC.,
U.S. MINING INFRASTRUCTURE
OPERATIONS, LLC, AND
U.S. DATA KING MOUNTAIN LLC**

## CERTIFICATE OF CONFERENCE

This is to certify that on June 27, 2023 counsel for Plaintiff conferred with counsel for Defendants regarding the relief requested in this motion.

*/s/ Mark C. Nelson*
Mark C. Nelson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on July 1, 2023, via the Court's CM/ECF system.

*/s/ Mark C. Nelson*
Mark C. Nelson
