# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **LANCIUM LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. WA-23-CV-344-KC** |
| § | |
| **U.S. DATA MINING GROUP, INC.;** § | |
| **U.S. MINING INFRASTRUCTURE** § | |
| **OPERATIONS, LLC; and U.S. DATA** § | |
| **KING MOUNTAIN LLC,** § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered the parties' Joint Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint and Stay of All Other Deadlines ("Motion"), ECF No. 15. Plaintiff filed its Complaint, ECF No. 1, on May 10, 2023. And on May 31, the Court granted Defendants' request to extend their deadline to respond to the Complaint until July 3. *See* Text Order. To facilitate ongoing settlement discussions, the parties now request that the response deadline be extended until October 2, and that all other deadlines in the case be stayed until October 2 as well. Mot. 2.

Upon due consideration, the Motion is **GRANTED**. Defendants' deadline to respond to Plaintiff's Complaint is **EXTENDED** to **October 2, 2023**.

**IT IS FURTHER ORDERED** that all other deadlines in this matter are **STAYED** until **October 2, 2023**.

**Barring exceptional circumstances, no further extensions of Defendants' response deadline will be granted.**

**SO ORDERED**.

**SIGNED this 5th day of July, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE