**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LANCIUM LLC,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DATA MINING GROUP, INC.<br>(D/B/A US BITCOIN),<br>U.S. MINING INFRASTRUCTURE<br>OPERATIONS, LLC, and<br>U.S. DATA KING MOUNTAIN LLC,<br><br>  Defendants. | Case No. 6:23-cv-00344-KC<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT AND STAY OF ALL OTHER
<u>DEADLINES</u>**

WHEREFORE, the Court has considered the Parties' Joint Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint and Stay of All Other Deadlines (the "Motion").  The Court, being well-advised, finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint is extended up to and including January 15, 2024.

IT IS FURTHER ORDERED that this case and all deadlines are stayed until January 15, 2024.

SIGNED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE