IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LANCIUM LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. WA-23-CV-344-KC |
| | § | |
| U.S. DATA MINING GROUP, INC. | § | |
| d/b/a US BITCOIN; U.S. MINING | § | |
| INFRASTRUCTURE OPERATIONS, | § | |
| LLC; and U.S. DATA KING | § | |
| MOUNTAIN LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On this day, the Court considered the parties' Joint Motion to Extend Stay ("Motion"), ECF No. 17. Plaintiff filed its Complaint, ECF No. 1, on May 10, 2023. On May 31, the Court granted Defendants' request to extend their deadline to respond to the Complaint until July 3. May 31, 2023, Text Order. On July 1, the parties filed a Joint Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint and Stay All Other Deadlines until October 2, ECF No. 15, which the Court granted, ECF No. 16. The Court advised the parties, however, that "[b]arring exceptional circumstances, no further extension of Defendants' response deadline will be granted. *Id.*

The parties now seek to extend the response deadline and the stay until January 15, 2024. Mot. 2. The parties advise they have "engaged in continued negotiations but have not yet been able to reach [a] final resolution" because Defendants are concurrently attempting to finalize a proposed merger. Mot. 1–2. The parties request an extension so they can continue their "good faith negotiations" and avoid needlessly expending resources on litigation. *Id.* The Court finds

the parties have shown circumstances warranting another extension. But mindful of its duty to ensure timely administration of justice, the Court will not look favorably upon further requests to extend the response deadline.

For these reasons, the Motion is **GRANTED**. Defendants' deadline to respond to Plaintiff's Complaint is **EXTENDED <u>to January 15, 2024</u>**.

**IT IS FURTHER ORDERED** that all other deadlines in this matter are **STAYED <u>until January 15, 2024</u>**.

**<u>Barring exceptional circumstances, no further extensions of Defendants' response deadline will be granted</u>**.

**SO ORDERED**.

SIGNED this 22nd day of September, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE