IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LANCIUM LLC,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DATA MINING GROUP, INC.<br>(D/B/A US BITCOIN),<br>U.S. MINING INFRASTRUCTURE<br>OPERATIONS, LLC, and<br>U.S. DATA KING MOUNTAIN LLC,<br><br>  Defendants. | Case No. 6:23-cv-00344-KC |

## ORDER

WHEREFORE, on this day, the Court has considered Plaintiff's Notice of Voluntary Dismissal Without Prejudice Under Fed. R. Civ. P. 41.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) all claims in this case are DISMISSED without prejudice, and all parties shall pay their own costs and fees.

The Clerk shall close the case.

SO ORDERED.

SIGNED this _____ day of _____, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT COURT JUDGE