# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **LANCIUM LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. WA-23-CV-344-KC |
| | § | |
| **U.S. DATA MINING GROUP, INC.** | § | |
| **d/b/a US BITCOIN; U.S. MINING** | § | |
| **INFRASTRUCTURE OPERATIONS,** | § | |
| **LLC; and U.S. DATA KING** | § | |
| **MOUNTAIN LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal Without Prejudice, ECF No. 19. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all claims against all Defendants are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 16th day of January, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE